**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Copyright Rightsholder Identified in Exhibit 1, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-04507 |
| v. | ) |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) |
| | ) |
| | ) |
| Defendants | ) |

**Schedule A to the Complaint**

**Filed Under Seal**