IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Copyright Rightsholder Identified in Exhibit 1,<br><br>                      Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated<br>Associations Identified on Schedule A,<br><br>                      Defendants | Case No. 1:23-cv-04507 |

## **Schedule A to the Complaint**

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 1 | BABIQIU | ANQOHX8CYE2Q | www.amazon.com/dp/B0B58LXZGK <br> www.amazon.com/dp/B0BF4KF5KY |
| 2 | Ccelegant | ADIQDW4SDRB07 | www.amazon.com/dp/B0BGXZ4YMM <br> www.amazon.com/dp/B0BFFGTK9H |
| 3 | EasyFunny | A2TIWAE2R6MJAF | www.amazon.com/dp/B0B7H6SR25 <br> www.amazon.com/dp/B0BF8WZXH3 |
| 4 | NewO2 | A2C9IXPW83JXO | www.amazon.com/dp/B0B586JB7M <br> www.amazon.com/dp/B0BC5ZM2P1 |
| 5 | Shanglan | A2L2YQ7T19R53P | www.amazon.com/dp/B0BXKWRFLY <br> www.amazon.com/dp/B0BXKXYR93 <br> www.amazon.com/dp/B0BXKVNPVJ |
| 6 | SW-WORLDER | A1UJ9F3IEL2UL0 | www.amazon.com/dp/B09SCKL79L <br> www.amazon.com/dp/B09VXMLBCP |
| 7 | 4u_1000 | https://www.ebay.com/str/4u1000 | https://www.ebay.com/itm/125952543686?hash=item1d535b4bc6:g:fVoAAOSw40VkcwNp&amdata=enc%3AAQAIAAAA0IzG9%2BAoMAlRnnNu2g%2F5W5PXpmq6T6UGR5X8z2KgdoPu1dBN%2Bqd7PEhdE%2BAbI8R2rLrcavZ2qD13ISoTi9vuep5lEnMtIKzbGX04EvAKxWP8%2FFPQSxYU7AHENMifh7%2BaAv6WbDt%2BOCbvVT39QfCBcF1X1Pfe15Qd3%2BKfAEFNMQCSdSmgnAgQS6vLQWp%2BpJMPH%2F4l947KBvcjk4ZxDRxR4mopj00ZwRJpYZK5aiJRMcvPclM%2BZyIYrAKYPVwZBoVdnLYZpMV8eaSYC5mhx1xPb98%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 8 | adco-1012 | https://www.ebay.com/str/adco1012 | https://www.ebay.com/itm/125932920957?hash=item1d522fe07d:g:5xUAAOSwshdkX4qV&amdata=enc%3AAQAIAAAA0FffUrNldPl0ZQ3iCLtYSyVFNoiD3NccURvpzi4wCkcJCjmTK4InCmaKvwGG4iqNff70885wxYKpURgHPfZBX3LI12HLyFWfnC6J8PTMIsXTOgqTiTnCPR3tHazjBwvJmQflAZRS159O30ag4lTtr9sizrT257Z5Ee3MBfdJ2WijfySVVNGHCNTrjeL7yjjkMIPCYsC91LB5sSR8kvfyZiqVrXGA5neg5igs2dw3VPyzsc8l65coRmHxizrnMvUgfdb5evWA%2B8bVX9YedQctHK8%3D%7Ctkp%3ABk9SR_jLlcKNYg |
| 9 | adebim0 | https://www.ebay.com/str/adebim0 | https://www.ebay.com/itm/175758439900?hash=item28ec04f5dc:g:VikAAOSwOSpkfYl-&amdata=enc%3AAQAIAAAA8F77LwUEAImbqamtMfNdBeyt5fXrNtmHfZYPj1yvgKnF4ceMmBezeKz5kd4X78RwliBjS4vcJxXKe5BJzVpEHPd3S%2BWINAx8eYf3HX%2B%2FlTB8kix6%2Bt0aKobb0jfhLbTy4vREL0NEwThTWRWNgpeommsy3oFMpjByC%2BdPSCfZWPt98Ezr5AU1%2BB6k1uj8yDOP52AnY9alR0jK9YvmwQDwD7HcfnaL%2F2oVRRyamOv%2FkfaJL7PVhUp9Tz9HQaYFVi9TQgRkhjz3x6vY%2BcqI8WcxzIIghaoPOl7OnmNDPnNt1r705%2BIaNK0EgQUvo0OH9lOK58g%3D%3D%7Ctkp%3ABFBMqq6QrpZi |
| 10 | agsug16 | https://www.ebay.com/str/agsug16 | https://www.ebay.com/itm/394615534382?hash=item5be0eb332e:g:9GUAAOSw0aBkWiDt |
| 11 | aisy1330 | https://www.ebay.com/str/famousgarage?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/385708859317?hash=item59ce0a1fb5:g:FEAAAOSwWbtkmAZt&amdata=enc%3AAQAIAAAA0Fh1XvuojEUG3B5g79VlrcW7Ty%2Bd5lfJXvOb3seHKnrzxyZqNnq5jx9MynEWqTJDK8%2FIqtHcBRkqH3sozEVltTMk23GOTFcDyc3Hud45QikjOxd5%2B50199c8Yv2JSnI38o%2BF7FA1DyqRPEzZ1%2FRspOJ0EuSVg4XFj6rGmFh7%2FkJAF8gMvTyIe95gSbEWjAsZ90OjDtF%2Bql9QE33JcjJcDimkORW0%2FkCrMOFxBWQLzhuws6MqVC2NhlBw6%2F3p63t6BBAJ4U1LqyGMrSrV7InYs2c%3D%7Ctkp%3ABk9SR8i3zKeeYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 12 | alon_boutiques | https://www.ebay.com/str/alonboutiques?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/364316875138?hash=item54d2fa5982:g:0OwAAOSwlUlklW52&amdata=enc%3AAQAIAAAA8KhwFBQ8a0azDIDUKVaIVCRbppHq%2BUMLijxP3hZTTUNe3aHcbrGyxCBmlLXi%2B28LDc0A9OOj9Ke6dcHteq3Yt18pt4dnXdvAKGJMKrAt0tL5A5AZ5uFyIm8dtWVG9t6hlysAEHLIwKdUwVImUY5pk5WPwRtC%2FDXjBSPjIWc%2FUbWKXkDQjMb8O%2FDhXngBRu5%2B%2BMxdHLgKvaaeGDrSSdM3K3L9DUKazs51jenVw2GJUxEnmd8frdKqRjGnzZ73DXAdbhz%2Fzo19GoCYbT%2BSXFslnc%2B7LMsqNrXHhxaGOo5YS0d8Q58DpmqHy0DAnIQ5LW0n8g%3D%3D%7Ctkp%3ABFBMoKis_pxi |
| 13 | atilliaonline | https://www.ebay.com/str/atilliaonline | https://www.ebay.com/itm/175678189130?hash=item28e73c6e4a:g:iZsAAOSw~EdkLbJb&amdata=enc%3AAQAIAAAA8CK35rAr180TsqC7AKdyCCllEgm7OhWHq%2FrlnsebcIwUDoQbEdi2rUKTt%2BH0qAXQ3AN4G3Xzxs4vlCGEbQE%2FBDH%2BhaotQxS%2BSF6e9zzuybj1Td5NSCGTH8gQl2kiNFg0W3vNcaIG8kFBPxBzqLGNVkjNWMVsXrO9EElzd9pXrXr9pcNIBtFUnDGU5v89%2BW7MhiMlTZW7%2FhNFJbbvHPNodqgbzeYF6qxOxA%2FQM86MlYHoSdKTvgST0pLZd8T6gjK6Xvf0Cr71hVnXvygp4yjmWxydT%2BC6Yj0URY4%2F8XGCKnBW%2FQv9ENSmI5n1mj3Z9zac4A%3D%3D%7Ctkp%3ABk9SR6yukK6WYg |
| 14 | aton-sales | https://www.ebay.com/str/atonsales | https://www.ebay.com/itm/125951536469?hash=item1d534bed55:g:3UoAAOSwEt9kccGZ&amdata=enc%3AAQAIAAAA8IkJcatPQ6Rlun42yilxHl7ufscWDLWMvJ8yEk1FwRWXocsH3qruQG8d7gUb6YpwQwUMR%2Fx7lmoaZDv8gxEQ2u0Fpj5TrGBz58%2BAt6wnv2UNRY1k%2BBLfGsIrWieL6R9aY%2B6JPUnMlPSpPPDpLEaurwrODYyXKvwYCnKrvLKz4YvXZZ4X7oiKdDxkbeYXVaLh%2BnGMO272l4C79aPlXyucixs7Xbebm0pjf53O3veUl8QTC3GCcdRCuf32LT5aIZlhdV4iuMPHzLGnK5g%2BBn8sw0yu62fuLq3obnV00JenKXuRRfKMxp%2BAB1eKhxQd0icnvZ4A%3D%3D%7Ctkp%3ABFBM-suVwo1i |
| 15 | automotortest77 | https://www.ebay.com/str/automotortest77?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/394693490610?hash=item5be590b7b2:g:DlwAAOSwXmJkkv28&amdata=enc%3AAQAIAAAA0Ofk5fHmilZxy3pIRl0%2F0ZPvDwgl4QsSAsA%2BNfJS2%2B7ITwcPtc3iN%2Fs5kYupu7xRtnO2LwaKTJvWU6rlisQjLtG4eiyDuNQJwsSpJLKJsbelURoZUdIbH0T9tlBNfSrBaUTblKnM1MgwWZTVYbA3I8TVHL0dPMD3peJnwnXgTcTZTlf8lPp0d2EDzSYzt5PelhWW%2BEOvO2sbOH7eit8qoeslI%2FYc%2FBdt6lPFTyhehNvevsyr5MZprQUr9i4yKjaIbQ7oJVa3fZbkWcMDt09OhYA%3D%7Ctkp%3ABk9SR_CqxY-cYg |
| 16 | axsot119 | https://www.ebay.com/str/axsot | https://www.ebay.com/itm/266251421727?hash=item3dfdd2481f:g:L~0AAOSwhylkWgHq&amdata=enc%3AAQAIAAAA0Itv7fiTSQNo%2B0fLzaTqPpn3OYY6b15eDPbZNaK9V2%2F%2B8%2F7M6LLE8sglJnoBV5CQplkyB7RmCaWz2B32Ct4ipf6iqOwlUfvt7qE8nlFAZzAsreosj2QqoFZEtiLod8vZduwk9t4Xdus8kKXU3iYlbp1%2Bie3wngleyOkBlwkpL6roagJguOeKVYZnfwGD7%2BWF6sv%2F9QqtXP%2F555jh5ic1MfblrV6cT0Cl%2FjE0CjqHsYX01u2dJTFKi%2Fo%2F8y3r74e87doU5r%2BH58gGkMbesf0DNrU%3D%7Ctkp%3ABk9SR_rLlcKNYg |
| 17 | bestshop_us | https://www.ebay.com/str/bestshopusa1 | https://www.ebay.com/itm/166109551885?hash=item26ace69d0d:g:XUkAAOSwpzNkZ-9w&amdata=enc%3AAQAIAAAA8JzqEsh1iI6%2B7lSNd2LLDr9Tf4ASLYl7m2UQ6orJzdFanaBW8QJkJwOYdUGw2lyOfJYEBameUNDJyvCX8i8Sy2lEK6TD7OsbPM49AWApGgTO7jkwybZ5ubADu2IDAGl0QppJFj1cbR9xvEXEpVZPww1RDtzT1n6av8MaOTL%2FUWse1TB4uVwsYLr%2FEpIvrnjBP6yMe%2BhpNKXOUS0FO8zjm8O%2Fct7R7YulsDl4VGVa2BTpc2dCtej8dxY9iebkjctnKrSYApxB2722wv%2FndS0dpabWS8hL4GjtJqOSJSMXid%2Bqbam2g%2Bhk%2BtY2YfRorNauIA%3D%3D%7Ctkp%3ABk9SR_jLlcKNYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 18 | bevjoh-8076 | https://www.ebay.com/usr/bevjoh-8076?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/385699586032?hash=item59cd7c9ff0:g:kFkAAOSwNM9kkv9d&amdata=enc%3AAQAIAAAA8FwnCoF%2FWRmB4hKLnebJBRgNrgxb4bs0jjxak5TrJEyu3NiNOuNcs9yT7sfcMQcEZQUQ84ffvvVb4hkHwbuSNfr2mH9YlQWZqPTt06Iow81f9BPnTq7qStH6ii%2BWlr%2Fnu2Zw%2BxXrPsfP9zRgM0u0AkS9ip5lLbGp2jf7dJlYn9QSetzQUu1Wb62cX%2BC9IPMoeWORJamb3UGWcy%2BouAgq%2F8H3k6qIkg87SKNxcANHg3XS0YM5vwvl2jhCZ%2B79offHgq0L7lGZ4sYk9ZJO0ZSVQfUWR1oykuo7Qdda8NKVaAQ3hWZB7zVt69or3I83ImIlbA%3D%3D%7Ctkp%3ABk9SR_KqxY-cYg |
| 19 | bla75135 | https://www.ebay.com/str/bla75135?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/134625877049?hash=item1f5853dc39:g:dykAAOSwTF1klXYF&amdata=enc%3AAQAIAAAA8A%2FW2J0hsyBbjS4IbPaSLdCrqA0aaXVurdBYJLANSvKAYI9mGFhf0eUV7H8O6c9ZQ%2FocJOXWXVm%2FBpWab%2FCzv3msIh%2Bge%2BEMChHjdNhPlUjjWT8lvxZLAGYeKdhELMXg4QHhagNaYNm8EOfvJ3xaGih5U%2BtmXEqNs9sjqKTKYPvDC%2Bfet0MzO%2B5V9n7yrU2sfM2uIagMqVYdChnosu46vbu0ftjonYfbna8lVCBQO7hl2OuQT1Mu1i2OFHqtS%2FKjitgye968rA70k4V7zizLhbfT1jmJwxsRq8uKFaoad4GiEZJUypyk8nFujdzS5fG3NQ%3D%3D%7Ctkp%3ABFBMoKis_pxi |
| 20 | boxysquare | https://www.ebay.com/str/boxysquare | https://www.ebay.com/itm/256001290266?hash=item3b9addb01a:g:twMAAOSw1v5kBc~z&amdata=enc%3AAQAIAAAA0BEhEzv1FxsJSsmEG263QPMyto3VyZ7goxyUP2LqtaaRJuxlC0xVrMCDrVCwgg3OmAOZOXy%2BFJvSWhhEyrOlejFLhIpNA9N6ZSbbxQAmJfhs%2BswnRZb2jdGsw9jvEldofyD0Zr08qBx4lyB%2BUP1yv7vGDFMv67e9h7mbBf2b4XpaGLqYSzYXlsw%2BQXN2qi5ZNrj6kfCNiUnzkIwQ6n0KYT8lcwXU3EGE4om9WYahuR6uBq2Uq3uULyek9RaZzEYkmS8tbPsAkySIB1D2G7G5xFg%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 21 | cadhia-0 | https://www.ebay.com/str/cadhia0?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/385700731823?hash=item59cd8e1baf:g:P9sAAOSwY-1kk5xE&amdata=enc%3AAQAIAAAA0GtxTwdPf2qHxTj2k93VmXz7o6SftE92c6zJmWivCoiXkpz8Ze4uyM%2BXrgE91yXlx%2BeYYmG4rFcMW7xhWuHO0AUhIAXCmBgB1rth%2Fk3H9A%2FsnVk6uHC4%2B1B%2FQR6eSQ4%2F6BJFF5MWxt6ry38k%2FEbj20CvPkoBivZNgBFbolomO0%2F0y0hiQyulvRs8AMNUnj%2BRBD02uIqdciIxY6A9kHHDI6NPxIY8i%2FbRdDhr85zAbrfkP8owbe1EmVj%2B8WjaE78u%2Fq%2FUeHfx1EjaNUPkrSZVKPU%3D%7Ctkp%3ABk9SR6KorP6cYg |
| 22 | calrey0 | https://www.ebay.com/str/calrey0 | https://www.ebay.com/itm/334884061511?hash=item4df8a54147:g:m-UAAOSwxuFkbM4U&amdata=enc%3AAQAIAAAA0NdGqguY0mSgA29yA%2BMmO%2FGPpG66RWUGUFg5Vx6d0T3%2BiSVxSaFwSsjEnlc%2FgNRaoDLWxWssnAiz%2FUfyI1BnbaqgyMceUZzHsb0mZpbApTM71Tn8JVZulH2Zn43Pn%2BPBj2nfcaulYHfvyo37P5eZTix8w5H%2FX2UAKuPlSubIBRGx7cCSeTsCapymAPIzZr53idP3rdy5SrLLKH1puLDl0mzpzrT80triURcQOyl3QPEwVL5o5xXgLvrJBE7pD4IpAH0MDddRklRa0UPq8Qhfzqo%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 23 | chanane_33 | https://www.ebay.com/str/buyback2022 | https://www.ebay.com/itm/195709095975?hash=item2d912bd027:g:MbgAAOSwhYNkOVQM&amdata=enc%3AAQAIAAAA8FJG%2Fjkg2nNDrqd7DpAZmmKUasfv27jlx8Jpm9e3ahKxqqx2fpksVu%2BICQ8StmRFbCQyJPNPci0Yo%2Fp9ep%2BVIwSdhjnQ1Z2nrNbzTwbW2THY0ps3PWcc7BgwfSPBuhILuM1Vj2bm1vk1L0qibYtYn01UScE9ii1dV%2FzOBNVKIW9xwKSLrnZIdoROvzeYfRQHFGZRWy8FHSRZLA8q18dRZhVLjJ8KYqMIgjnc5taiS7qx0yfTig7yV8AhfjWcjamtP0e%2FZppb6dQJtooWiI5TUy06%2Bj4ByZ7W9xeNtAcfkddBaOoAVBxqis71WZvyKu5YnQ%3D%3D%7Ctkp%3ABk9SR_DByJ-YYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 24 | circuitsmarts | https://www.ebay.com/str/bluestore2500?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/285339084822?hash=item426f88e816:g:uL4AAOSwBetkkFsO&amdata=enc%3AAQAIAAAA4NDFDnBotGwXUz6XUWcMgvxFlze1CeBiqU4i354LjBjfbCfV7Ku9sjqJ1Tu9w6Pw78TLALoIXvFCp2uDejELtpS%2FztAmqc4e0ExjKeTaUrd8KwCu03OEtcJf2zNFqVxYGnheDWEL6CWMkDrFc7XL68ekrDa2NDwIj%2FOUnRKFt4CgJLLQK1MHrWjuacAPcJbxzY1H5jaBFRcQBqCA%2FwftYoCTYqAs9ffvGvsUv%2F%2B0Xvs%2B9PjQbAUPs14XHjo4mY4p9C4LaSyAVMrOW3FsRoEPMgDmUwE%2BOw6Nw%2FtGpRTF5D9o%7Ctkp%3ABFBM8qrFj5xi |
| 25 | ebas8646 | https://www.ebay.com/str/fradkin1998?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/166188763470?hash=item26b19f494e:g:T~8AAOSwAkBklZBi&amdata=enc%3AAQAIAAAA0BRdw3q0nNHclTp3lGZUB3x%2FggNoXYWCCAadBPuzL5EQ4WhwZ844o05eOJc54SOf4gEvXI9m2GbZ74W%2FOB%2FzMGZwn88Bw%2F7NkahJYipOxuwVQrQD7r3Kd3kZj9TlnDy%2FXYT1Xvrk7jf%2FUeNfZy6Z%2BMtB878Gm%2BizyCos5mIIOrXaMlnZi5UM%2BaqC%2FyzTWVf9hqO0MjvecP6mX7NiK%2B%2B257ucZMJNY%2FRNICULTUhYEYF57tJJ9PsxhaBWe22twZvC9%2FgKeHkQ17UuEZXp5tTqXIo%3D%7Ctkp%3ABk9SR7Ci16-dYg |
| 26 | epicesolutions | https://www.ebay.com/str/epicesolutions | https://www.ebay.com/itm/275830365736?hash=item4038c55e28:g:L5IAAOSwpppkUYr3&amdata=enc%3AAQAIAAAA8AMiqc%2FFunyAdn4%2BXBlxjOe%2BH6MpaS6LliNACv0T%2BCyGcjto1xYr%2B5PuTSU7NAzyWFWn1Cfi6BibbkUGaZysFoLVsWr47hX5%2FXsYlMoLc43il040sV5zj%2B4WAuauDenar3Id7yTK2nWtngC5AjVBTuEvWrTY9M7h80Q%2B3NuQZ5ZFePRtiLsoGgugWWbbKf7HoBngACKTDS%2FLxmKJn3P4GX5DI9HRHyj99W%2FISJ4FmZTy3HFDpvb0guure2dW%2BSEDouWEB%2BBnRJ1zNgeyUNCjCxJMi7jsyvPZyRjbM6j7tTAj4kq3p80Oze9jLaiDdGxsuDg%3D%3D%7Ctkp%3ABFBM-MuVwo1i |
| 27 | everydayideas | https://www.ebay.com/str/everydayideas | https://www.ebay.com/itm/115699505866?hash=item1af03a5aca:g:~pEAAOSwqDtj41Mq&amdata=enc%3AAQAIAAAA0CG%2FC9wMbzbJIpZb%2FCQfPrIYje2JHgHUEA5sqWZQdB73RnmxM16XsThOJ0ivyJdXiEHm2Djxik7dH%2F6FKFTln63RSJSZeGbcBEdXnkh7xsgtWdyb9rDB0FrqmYdEkVv3%2B%2F9hNrMGhO8uTfkebQiv7uSj06LR3aUxqgqT4jvF8C%2FxriaJqU595ImLuN%2B3nz8msBKHxrJ9q67xjdFqrvi%2F9jFlGke5iwYBjPlbG%2BY2deTptqJtwIsWUo%2BYPnWQhyLwFbxQTBMcGAe9q4zG3IUW41M%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 28 | fano9320 | https://www.ebay.com/str/fano9320 | https://www.ebay.com/itm/364196726411?hash=item54cbd1068b:g:oSsAAOSw3KdkIbyU&amdata=enc%3AAQAIAAAA0Dp%2FFvn2udJzMRbhDFdx8XEhzYo5%2Bnqfg0eciXx%2BNeE6XPVJhnDfAlb0CMk6NRZxF%2BOXY05tMTDTr6ByJQY9mm3yHgrn7Lqz1moupskbRow6Yk6mDbTA%2BBqb%2FM1ISLFRIjHVvAQlwijv82wQVfH5KZq2c%2FmTB%2BiMvn2dsZ0DdQaBgxQ7HDdimCNgPOfc5VKKsUk22cZICBSpyDoyCf63chMXrtJFTNbNx8I8u%2BZaRUX8nGpp%2FCHVlR7WyK7tksW0fvNc3%2BSjieJGAYXmpe%2BnB7s%3D%7Ctkp%3ABk9SR66ukK6WYg |
| 29 | fmbi_sales | https://www.ebay.com/str/fmbisales?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/314658474135?hash=item49431b4897:g:DAwAAOSw5KBkkKbD&amdata=enc%3AAQAIAAAA0G0nfCFbAsPNn%2FpPSZXLuomQz0TmzOWck1ifLlY3gDpVCwscQIHPQkeQc3s1V0%2BOaU6RqmBp1QEyOQC7suq6hEdqDzHkbv0gsQBoJ3amij0muuP5DdIG%2FkCgvPoXnOgV0fVNZ4LSqc4FK2u%2B7Pi8R0ooBKxZpJFUbZ5Yj5G8QZSS6%2BB4X4n7l%2Fqd3GCESqiZHRG1yyVTOjY65WEaGbi%2BszH8Tj0dEH6d99eR27bQqRyOwJSBBMxiNTPYoVSIiTMPeJ39zqIeI4B70xS%2FI77OAOY%3D%7Ctkp%3ABk9SR7Ki16-dYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
| --- | --- | --- | --- |
| 30 | from*me*2u | https://www.ebay.com/str/mazal1290 | https://www.ebay.com/itm/404308976673?hash=item5e22b16421:g:TuMAAOSwshdkcwQF&amdata=enc%3AAAQAIAAAA8NgDKXz%2Bmx1DcRojxGET7ya6DfKJqFlv0H%2FK4HtUlUxI%2FkBYGykql8qYTE%2FL5reh8Z22F%2BtQ8K7ski1CEQ3hRonltdsFHDjST44DjzikJBeMQeFbp9VN0E%2BQg5ZaQiUCkNcLCk%2BFZy4YQduW%2FtcVdhSswCOS5f7lnBGRnj0NOky9%2FfgmngXaFqt%2BRGiu2wu0%2BD1FewxFVJv8Evcn%2BYt9ZAyq2N0QBFJg6MDhgrwIggDKSkS84Yf%2FcODVU4TVURGTQibnVkONM2oNdxVMQ7O1%2FsJ1wgKbsKZOr5VYuiIx65U8cIPFhNFgVs5A%2FElrhdY%2F%2Fg%3D%3D%7Ctkp%3ABk9SR_jLlcKNYg |
| 31 | gamliel7 | https://www.ebay.com/str/gsales2 | https://www.ebay.com/itm/225593099748?hash=item34866585e4:g:qBAAAOSwRFpkcUC8&amdata=enc%3AAAQAIAAAA8AA5%2BpXHUsb15Y56fIouY4CrLHNZeEj8ny1dP0HaSagxyadAao%2BKGm%2Bu714g%2B7T0XVVKrxcLL593ZFeqtUjGF70PRvNEs4png5uH%2FV6xfKvvY7paixwC2YrZcA8VCDeIQPKm7eWBBYx4O2JtysAhBmW%2BCxIBUmEhe%2BfAjCU%2FTVi6rOYmf9ty%2BgkbLalGIW%2BCw4myop1ZXyFa6gIaanzRV4WyyApKRzWREOwqbu4GoqrCYgGS%2BDKG%2BhTjN3GPI5%2BdddD%2BJifRX1RGa4e%2FMlLIOOC75ItoPUeO916vL3frQyz%2B3RCYUh2CXpaVgh4e2wL6Hlg%3D%3D%7Ctkp%3ABk9SR_TLlcKNYg |
| 32 | giusbert-86 | https://www.ebay.com/str/giusbert86 | https://www.ebay.com/itm/225502768697?hash=item3481032e39:g:vfoAAOSw3GZkJaBm&amdata=enc%3AAAQAIAAAA8H9RgqUP3qVMYYdW0XDzjp3TJJt4t%2FL5EJUmCpSCBuz6dSu%2Fe9DYoVS2dGWXvkPRBcGT0KwReEjl8iH9AfekLBaNKDTygey5%2Fo96Z%2FUoAGwAdJmjhBwOPA68%2BBxmI4V9ga5QuegErKUWjMly%2FdNkjeFWHcV68%2BBW7byUuzbcVG2Yvf6u4T0FhK5Q8RIqhmkPLY6WXht4UNJQF9WQwQwZ4dioAhyfVC%2Bo%2B9nVD9Aw4zWo44Ykfgxc1fcgVL%2FsKvn2CZ3vEUM0iHQSlwv2OFb2KJJxbJMGvLgZhHrTpB6jK%2BBvMfrfZCdj5TKyuosnkwVixAV1Q%3D%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 33 | ibargoia | https://www.ebay.com/str/ibargoia | https://www.ebay.com/itm/134510986757?hash=item1f517ac605:g:CMQAAOSwagtkJEfj&amdata=enc%3AAAQAIAAAA0Fm%2B0cHL0U6Gn7KMIA%2BaE8dxE1teL8jObntpavEJzWjynYRxlTrXdTTJKZb%2FaBN9cMh9aG%2FAR1D5p32LECbnFI0OqbnSLuVMS6ih4Q1S0CpX%2BylAbtQa5MXa4xuyJO9O8GNxq%2FmxRZl6oAMaMdT6pHqO4vDD7ElRl1PHv94oJWyNp%2BBUB1V6%2FFCF7Wh%2FG%2Bm25xtCI7OgcgFQfRjp7piSHr%2FFp9be0VZB4%2FHO2JbnyS%2FKKDkyJwK0Ib4HCrxHxp%2BBqFOdAXaNnuQECcY7WTIqs9rA%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 34 | il2015_lv | https://www.ebay.com/str/il2015lvv | https://www.ebay.com/itm/115833793736?hash=item1af83b6cc8:g:tD8AAOSwKkJki2Cx&amdata=enc%3AAAQAIAAAA8LDspVwXRyOh0o0KLtCW64yrT%2BEC6VROxmqAOXq4lQRKW3W5YYjXTIdpPled6hEwR96Au6WtkKWYnYEG7B4Wn0Ng10FEtN0zq2u9CNggDxAxKCT1YgPRK1PUq2Q%2FoKIa6iGMT%2FPYc0HBFfWRurYeJeRN6vQ3aPmemhUoLRyTx3uTRVmcU6Sri0Vb79QF%2FBKIYQFznGmR1cD7nf8xTaUI%2BCUawPHS6%2FFf7czA8OXGnjc4qBPDND2kWjUql%2FOOIPxoDZqg2hwj%2BGZqdZPD3dYRAsKS70jQkM7fB2B53EZVfjyz%2Bqb3XNyyozLVkQbTEmxj44LA%3D%3D%7Ctkp%3ABk9SR_LByJ-YYg |
| 35 | insaf123 | https://www.ebay.com/str/insaf123 | https://www.ebay.com/itm/204277507638?hash=item2f8fe36636:g:niAAAOSwvd5kFUFE&amdata=enc%3AAAQAIAAAA4McZUtgYq9kPEoHfU6G5EAWxrH7p7%2BnRst3xJqyCSgiQNr1R%2BcYhJhg2Vx%2Fgzdh4k06cpJhvIrT86BJyfV7yI6kDRt7C0QA6EHhTRDmQMqzK4HXIk%2FyB5NQ48szpoJ7kiUF0YnhddoQA0wJ3jt5FAGJ2E50dCnveuaTBHTCrmUYtuaBkwmTp4qa07kklRMTMREaWjILlDj%2FK7abfBZ9c7RkwFhozCNxs%2FrhO4cx2wFirUK%2Fq%2BNSyhj9eIXBxlmKs8qbWI2DFOsGI%2BIRrBJt08hSKhTZW5n7B7W%2F3DBAozwyn%7Ctkp%3ABFBM9MuVwo1i |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 36 | ishnizel | https://www.ebay.com/str/ishnizel?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/256119459170?hash=item3ba1e8cd62:g:hM0AAOSwTd1klfTi&amdata=enc%3AAQAIAAAA0NezI2TLhYMMbhub4bIU8dEZdSUtuGQ8MX%2FFAt5XZvVuzfnJRGd6kaqXMPerrUYVrgNA%2BuAoC2Zzm3gBL3Bz9e79hjS17XwL0HIHB0flpT9%2Bp5bvG49Mkb%2FkwVp1j1N%2BtDkpQxJpPlTErCMHB3PUaGNyqkHL8wnqDnFQOfJznppu%2FBBuTmjckJJPI62mcfPDBPRtmOE9ZwRV6t2FHu82jhy8xoLbYaQs8j65dYDtg7JhEjIuVwkLmI6kD6yCsVU6c4Z3ZSElUuV3NNs3b5CzIVM%3D%7Ctkp%3ABk9SR7Ci16-dYg |
| 37 | itai1321 | https://www.ebay.com/str/itai1321 | https://www.ebay.com/itm/275892873084?hash=item403c7f277c:g:vUwAAOSw9b5kgeVL&amdata=enc%3AAQAIAAAA8ByCJYweLb8JgKgMqQIumuCuhlAJt6ohl%2BhGVf6Nw6VZR7CFKBQgMBEZrQRWUs3mFuV6wuKGQBJ2yUj4rIDo3dKx5rQz4ExCk%2FSTtYnkZ2i6ZaSdZobOu33Wb9kQd3XbSbFWgYeDfchu1bPo1D1Ecw7E6V6wzp%2FCC6wZRFvqMvoJG5ZJG8wvh0wlIoAjXzuh1foUUKKOmWd%2FF2yIwOZ9HdOZSOgrc%2FPk1IOrJxwyNSh%2B6Fs%2FkeV0RryViB8IrL%2FDCJIzjbAp4d4JKASBIZSfggR9FI3BL3O5YdH4jGgBLsMxl%2F51ThSyQNc4uEenNDM%2Few%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 38 | jdonstore | https://www.ebay.com/str/jdonstore | https://www.ebay.com/itm/145015719705?hash=item21c39c4719:g:R4YAAOSw8yJkKRn~&amdata=enc%3AAQAIAAAA0Bh%2FenSDoka9SZkiQeDyur6kU5n9ROACr1XaHooKUM%2BceapLHojiKrvdNQYNPyZfDqcuHr3FKdxro9jqFwgIaIsFtzk7rAVNwFaY1W6yz0xax2%2BFFI3jlgUsPjiQPTXu2Li03EnMyv%2FWFBlwyHact%2BNZLeQ0fh3kefeQOVzsN8Vaj10AwSGAT1Wx4l1kgdxBv5BUIXAa8zW37w0bhIfNG%2BvakzNMrWVdgKR5LWDiD9xt65ZdhL8H3KiminIcbqxJweWvwh6ysEtpvS89XQkK%2Bm0%3D%7Ctkp%3ABk9SR66ukK6WYg |
| 39 | jennifsm_46 | https://www.ebay.com/usr/jennifsm_46?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/225618814835?hash=item3487ede773:g:GGwAAOSw-HNkipjM&amdata=enc%3AAQAIAAAA8PKqoevPSN7CVdvO51B19rJtRe6AN7JK%2FGb634L7xhm7GY35%2FCKr%2BwuNOyeOVY7QxutAss6ca9AbAVtAOQgMyCRNuJ87LI2yIY7gKi7WZdKy8XbXVacEl1U0t5eL4NNYscV2XivdgSwfCCAHrnzCAVKgkbsOUU12lay%2FbVwtKX1AzdEt9THFPKTR%2B0gjqUuhr4blW8GDp%2B4WiXsDHGmqKLJfGqrBGm%2BmnDvPqDJO5sEXnDR19A2jMKvOgFBmX0IziwtB83fhDH0KNgI%2Bj1GKOBqfyQNEG4BeSJbd8NTS7v1NJHOzJq1guI8lZMmFBp%2F5nw%3D%3D%7Ctkp%3ABFBM7sHIn5hi |
| 40 | jester_shop | https://www.ebay.com/str/salesforlife?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/385704433880?hash=item59cdc698d8:g:6fcAAOSwJWhklbXq&amdata=enc%3AAQAIAAAA8IAiwMph68GaVw7vSL7gUBKGxGG6o9PtBh9o5uWk%2BwiJzZyw03Qx2mBBr1i89Vno5TAjulfAJdRJbpdE8DSpMQbTAjj94OGuAnfWgdGDzJHa6TKrWHqhvrOXOvb0PrgGwoLy%2Bzk2iZ0sw2ARAEdncgav%2BnjyJCEs9U18O%2FZLWzz8PZJXiLJYpOz%2BvU2tPolA7BDKl5ImVtK4jJPqfAVFg0V8tSOeU8frR8Hz5g%2B%2BhJHV1wO3WhD9uciE3KhKiCjDiNjC2czuo65v7V%2FFGIvJh4oW2e559VQ3exVFhsfTFA0%2FCi6af32KElbfr%2Fe%2BFVcPmqQ%3D%3D%7Ctkp%3ABk9SR863zKeeYg |
| 41 | jhonson_shop | https://www.ebay.com/str/jhonsonsshop | https://www.ebay.com/itm/295736170480?hash=item44db3fd7f0:g:s10AAOSwoKJkerpZ&amdata=enc%3AAQAIAAAA0KcY%2FCpW5tAbuBkvvnloO%2BJ084xXDwW%2BUxubixwIP44GjH2EHIAacyubnv7FXQJue81LObxOuzyOo87vy5Lo5bh%2BX%2FaUdzjkjxHhSatla%2BEpDVA98NXG6hbiVFxB1jwKkCQXNw2M2zFyLsVTK2KvUCmtq6SNTH9zHbzb9eAIBl%2BCjK30tDVOFSwD2UIvIIc1deiKmJ6ueRbMKPBIedqsye3zbn0QnACWU3y7bQw4Hwet8CbgOBbFyAvnIU09t1qKtoFDQp9b7OQ2yL2hE8wNrLo%3D%7Ctkp%3ABk9SR6yukK6WYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 42 | jmk-sot01 | https://www.ebay.com/str/jmk | https://www.ebay.com/itm/195770719604?hash=item2d94d81d74:g:x6MAAOSwEy5kZNml&amdata=enc%3AAQAIAAAA8DkHJRa9oQ7E1UOoFlRnXEpT6qn56yq5Y3aSgRHbTQ8E7CnfjLp%2BpvqL5LAMhKVho7403jNaQCN%2Bv1kofnY4G6wlNk63qKCHwSFXqAcJsfs0tDr9owQYVlnhx%2FAArOVXqf7ckoD1d0jfnOiKoQoRQqAzEHF1Ja%2BAMDYZiXyWaRw3LS7oevND%2BYr3HpVmtI0cRYpJcstnTZyMvLQFo7qcNpDrz7jcTiNS%2FTbUc0avSXwrMH2bgOuxE0hKRV2NYzSfCn1DOxlGhsRmPmlh0Sa4t4X5mD8zqu3kuRGciUm3h%2FlkWppHgTL5K5IzYqo6uluaWg%3D%3D%7Ctkp%3ABFBM-MuVwo1i |
| 43 | keep_the_change | https://www.ebay.com/str/keepthechange8?_trksid=p4429-486.m3561.l161211 | https://www.ebay.com/itm/235058183439?hash=item36ba8f3d0f:g:N-AAAOSwMCdkkZgh&amdata=enc%3AAQAIAAAA8Ob%2BFoEbwSYhkP%2F3swDpdbN7bsy%2BWQE4S%2BpoloVdiq9K69q9wRGhG4Rd31Uhu2VuiC0FGvX82d4nDwMhTASUxxb11RwkyyWY0lsHnPOqHULX6QI9QexMSxZnWPUgMvVZT5vhqjQ9qPIRJhNgCypSy36utZzTMi7NS6xTJTvWvGQhh18da%2BuEAbmAa1ABTGHaLO09P864A8M1PayMenQ%2BO6BZkGed3qQLcHjG3nkibyIKxSWMcJ3vfWW0AR1pl90jzoL1qmGGNRLsdz3fTDAr679Ex8msbdS6EZzTEWQtqLvAfL93Mm6rDXzMJfcXkm5njg%3D%3D%7Ctkp%3ABk9SR-D36uGbYg |
| 44 | kingstyle90 | https://www.ebay.com/usr/kingstyle90?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/374698036101?hash=item573dbe4b85:g:KmUAAOSwHZ5kYdfE&amdata=enc%3AAQAIAAAA8PLZGPj2olboZCiz4dA0AztKJjesTaNm7r2tgZsjnJ7HSURN0vJzcLrCT1rhWhjvQFEQCz4V5cI6WkfNNEpictYh3yeKDMXBL%2FJahAlbQt5wmewhtFK8bvy17HCGEy1N2ZWwaCQdwGx5%2FZZbRQlrj%2BsF%2FZ%2F%2Fjs9aCfdcqpV%2BLS98rSQLOBUweh6E87Er6tq1GDxmb62mqNlFxe6IZPXXcNhsgAWeLR9b7H%2BxLWwLspHItkXRubRFH%2FlxQ1nrVWiXfVejw%2FcUKb6tALbCW0PUxaiH4MNilMSUchG9GsIMAFGIZwAUHzzVU8TrjpLMosv0EA%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 45 | kli_ynon | https://www.ebay.com/str/ynonsstore | https://www.ebay.com/itm/325502576165?hash=item4bc9772625:g:rT4AAOSwHX1jxqJD&amdata=enc%3AAQAIAAAA8IM0NkBbHFI6%2Fwqmy0V97%2BwiBfsFgHHp6dLybEbaWkGbZ9%2B79hUhKPbyAzXsFEg9PT95ow%2FGEWn7B3y9kcLZU%2B2Fk5c53RQzkrMzBvCwvK80Db%2F1%2F1AET5VwRNhi3Ke1VHwJTFo6%2Bdf4EvdMNxFak%2B8bWvQ8OPGE5AKAIQQT5dl2elZnPIj0JGJZ2n1CXXzrlaOburDnlWcHjJl%2FVY6mQ0w9NS1y7CduwwsZMvzO2pJjgly3CX%2FuVDvogby5ZiU0f8C%2FL6PGzHY7huvB36ZA%2FM5%2FwWepsD%2Fm%2BBAEZ2FhRYPN1Gaa5ko1Do%2BeLgT7tHNe2WeFw%3D%3D%7Ctkp%3ABk9SR6iukK6WYg |
| 46 | krai-doro | https://www.ebay.com/str/kraidoro | https://www.ebay.com/itm/364111525388?hash=item54c6bcf60c:g:zSoAAOSwJeFjw6QV&amdata=enc%3AAQAIAAAA0MDzf%2BL%2Fd9eJmHM1Z3ROx7O46VBSH989yjmx9TNweMNleiK%2FPpeg2gzbkDPY1MD%2FzGOHE6lxX2bqWwvvwA05BMfUiac1YGwgRyv4NSKqSjKp7usEx%2FMMgcpnnLlolM0vzOVluV5hZm30qgxBPa%2BeKF25%2BBl1jUrfkSZQjVtSdplFtqYdj3J8j9yuz5VIN8jrHIc%2Bem2KpYQrp1CwteEgpjfNhlweGsq5lI9yt%2B43wn5Lbk7olk5ArQ71fXSVqjckLbwWpmBwQ2Pzyxw17mzg%2BpEG8%3D%7Ctkp%3ABk9SR_TLlcKNYg |
| 47 | lindalindaxi | https://www.ebay.com/str/lxecommerce | https://www.ebay.com/itm/155485677673?hash=item2433ab2869:g:~SQAAOSw0PdkKlZ1&amdata=enc%3AAQAIAAAA8JoWdad7Uvc3uQz5kWonalM2fd9mR15HgIdLFanxrXaT4Cjc0wIWfLp1Wpm6hSXmmuMNN9j%2FfB1iugj%2Fq30akHqVdpJTdRzxUrf2R%2BXT656JHLg%2BS%2FWkRsPJlR9XSo%2BOEhF5F7P%2FqiPR4PFBKPXqirSk48hRB5DUrXGm%2FXTves9gaCiDArQp2h5zgj2ptmvnxPKmKJGWANauriZyBXIthvDQ9We0zEUsQ3hNVQuRzTvtD0ok%2BQBOeGuCFsqngd79yG5cnCa%2FAJUIVdqV3gTRk34FvVQD5KDL9MJK3N35%2B4romFgdEnTT%2FFgjburw1ZzAxvg%3D%3D%7Ctkp%3ABk9SR_jLlcKNYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 48 | livingwellinnovations | https://www.ebay.com/str/lwi | https://www.ebay.com/itm/185879198776?hash=item2b47437c38:g:23cAAOSwZDhkUMvg&amdata=enc%3AAQAIAAAA8OzcX6Cs96aTBO140bZSeFDfDiEPfRBPKnVnMOHV7q4L1Oxhw5FhDonhwC73MgZAT62%2FNNpbvAms8nDaM%2Bxv5%2BUyrTrLRemzurhicq%2Bfkz2mL7mj0A21O4c4DQNs9tP%2BfIiSaEqEcwCkfOy9I1REuzceGpjC9oKdB1RjULMfF5V98qelLkDXoDAkyYPt4QAhQ0hWvuNtbVRoc3W6jZz7X2X3pcataF%2BULQTKLYKyfXqkWLoLx9LPXIm5oL%2FPJK4q6kSrJ2H17zrTdu0pt%2FONqhxdPLm94Ch3xHKALsOslZLirQsS77dmEmZdwcZiSFBnTQ%3D%3D%7Ctkp%3ABk9SR_zLlcKNYg |
| 49 | marties_4dbrci4iy | https://www.ebay.com/str/marties4dbrci4iy | https://www.ebay.com/itm/404222097709?hash=item5e1d83b92d:g:QIUAAOSwF0ZkJEPX&amdata=enc%3AAQAIAAAA8KicbmpyHYJ25bBjdZZhep703bME%2F9M78d%2Bpcug9GsGSsrQSjXr29P3WGHC%2FKnWCNsSfon9x8rP%2FoI0w8h6z7wLBq3kvi%2FLQjJu7OBdOPVagx3neXvajddsnaMKsM3SqpysqetUmnW%2BwgHz5DOlqjV2X1uNbh08NU5MXSgm%2Bn2r5KVwOedzFmftCCI53ovAS3mqsRtjiloJyRmyNaY7S2D9gdZtIP1IrO4PYeOIbODKNV8SigOgeF3b6WldDzHcBIAzwWZQf%2FdAMUARlSh0pRauNTArIoI5Eex7xz9yKSjfjBeicSRNHKwbGzQS48Tz0Dg%3D%3D%7Ctkp%3ABFBM-MuVwo1i |
| 50 | mokhis0 | https://www.ebay.com/str/mokhis0 | https://www.ebay.com/itm/354578934188?hash=item528e8d29ac:g:mVIAAOSwz0lj59du&amdata=enc%3AAQAIAAAA0FfRN0dDpWvosMGdktysp6PxxNTWbbXxpDDsUXJ%2FBACnKgDulJPY4Gcz7F8IbAfUU2fhN7iWShxkyvz92qD%2F20ty9KFRW3E71j6neDlYdWqdAYaoqXwwdBk%2FWKkhMPA%2FxIyn7wkmx%2FuFIn7tjLMXIxjT7AEj%2BcLWv31Ce3qFoV305P2LYsgOrh91qjn9YSjy1nllTewk0r1TQkVgMyv%2BpbdROs%2B4TSz%2FBrWh9QshA%2BvKH1xh2dim6xt8t0onaMOQZDIfcoyTGzB6OrGGjaXWow9s%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 51 | netanel_35 | https://www.ebay.com/str/netanel35 | https://www.ebay.com/itm/334754912197?hash=item4df0f297c5:g:~fIAAOSwdvZj8gde&amdata=enc%3AAQAIAAAA8LPR7YbG3Xaym9PEsvyAuiG%2F1K2jgcLs7%2FLk2TB2NndL8364X7riGAr4FhVp1MlYVqHJw8KyTXEDES%2BMgXl%2BDDhUF9XK3VmOWTnvVkrysITdgsq8PMm%2FSSlB%2F%2FDKc6WI8AhwwC32GY%2Ffx14BMznop9%2F%2FsUAm%2FJfMFBsS1a7qE2fLvMWfVolZIcmFCaCfHbDMHuDgCibMAN5KxnqRlXDrzVsKxrA3fUMl9fLEicX%2Brm3cp72E8SkXuq43zTTvVjDRZG1KT%2F5pTgHXPr3HbeWBPATGEuZptnIbNxN9YtqDkTRk5ZBGQBZS7041eEUPu6Z1OIQ%3D%3D%7Ctkp%3ABFBMrK6QrpZi |
| 52 | oneforall_1 | https://www.ebay.com/str/beststore4u21 | https://www.ebay.com/itm/334863878334?hash=item4df77148be:g:StgAAOSwwMVkV-QI&amdata=enc%3AAQAIAAAA8KiR3Lb4K2VIp1eiKvydaqh32OqeGqnkZnwq57hpdClid2fbLs9rUSMUQKfjKsIjdE70awghB%2FN2gTLF20WpXrO9s4wXCTLHop6UvX%2BvBFWCgvZGWM6GsdeC3XvHI3pJQK5xoNczAr9EI2sw4qwI9SU0lTYQEbre9XZRHyg5%2BrgysoidUajvXjtScLATR%2FFiyCoJeMlTvEDMYnYjlOPMOTMPQ5CNNPGz3JuxXr8rZBH7PNfZH2jrdapzf2d6ONl9Qs6CniQa2vxpe1XeVTKWgCqB13ovpxNqaEyUZaCVsGRNZSuv3fDZ5E7gIPTTaCIk%2F1A%3D%3D%7Ctkp%3ABFBM9suVwo1i |
| 53 | orotem1 | https://www.ebay.com/str/bestshop4all1 | https://www.ebay.com/itm/385597834279?hash=item59c76c0427:g:P28AAOSw5SJkV-ry&amdata=enc%3AAQAIAAAA8Knd8SyLgZmfur%2B8atpSowo8IyLKmx5oD8hdFOF7uw4uTEq7iFI9XoI6n42RZNAKyEUlgM8z4Ly%2FWRIxnBcuD2qewU7Pod0vhAVvKYcigdNt2GZ9ZQe7aMqPi1BzUkWd2PAkybY5XqkJrXxco%E2%80%A6 |
| 54 | oshraza_58 | https://www.ebay.com/str/oshraza58?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/155625615995?hash=item243c02727b:g:eGoAAOSwzyVklh-w&amdata=enc%3AAQAIAAAA0KLpRVokAoQSOeBgYx9MIiSLUJ14t7u4vEw2DGtply1PKX3NQkTJ72YuThWe7amUktlSUSm1wlMu2fhFbqM8bLHgcdFjRPSACGZagW%2BUTW0PPt8JqIS%2F81OKdtjA4bRyyD5usEGv2bruD9lxltvjQZ1wYlw66oy8jgyeEV8ysZB5MhvrD%2BLyZdsy%2FB%2B2%2BAWVmeE697LpVS%2BCO7OqFYg6wkx%2BIWIiJfQBUw21g4bcvfl3Z2pU0Qc%2FEkDAM9hNUpYuXnmKgI5CYCVHN8pAjx70qxQ%3D%7Ctkp%3ABk9SR7Ki16-dYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 55 | parcel_direct | https://www.ebay.com/str/hydroliquidations | https://www.ebay.com/itm/266285973793?hash=item3dffe18121:g:wh8AAOSwog1kfVGt&amdata=enc%3AAAQAIAAAA8LN87oXslmX9cc%2BUy1Dc9VjjMK%2FXMGFZl9QziCDml7ECnyDpQPtgCZFK9u2u0Thyd1zB%2BcqEcCpMUM84571BRS4JXhPgugtvwXXUYQerMw2Zy15Le8JmLofRLLR4oJV9jdIpk06kFkUPiR2icHYCn9kAUEFVj2LxJ9uinZL9YACqcb75DmGm%2FxJUiBJ%2B2B1Ik9xNcfx2ZURbf8CeB2hawYzi3SC11kQvHqnfACJzk4jNg%2FXAgb5YwTOdVxmdzH1R%2BslAdlASVUlXfQh2lHqM8iph8%2FeLJh9nocvVcpqa2i4tGQCkz3TDaIbIlyBg5DnkiH4A%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 56 | rasan517145 | https://www.ebay.com/str/rasan517145 | https://www.ebay.com/itm/285312944872?hash=item426dfa0ae8:g:0M0AAOSwiZ1keg5o&amdata=enc%3AAAQAIAAAA8Kxa4tBB8gg8rUetzZH%2FAdDGiR8lkZKuAfhKWf1YwxJkuiV%2BibWvMIhLQd2RcFUtDOhGy5Q6LUp%2BwXAf2R4h1EpBIrPr1n6kT0QwdseerRlDX2rwwgsj11IAhfSgMebtFWNOd%2BbbNiuFJl5i%2FwGCw3EZ01FlAWVBannYewo7ubwiyuEQNRkn0FwYdtm793Q%2FCF56S18SQwzwKCn2uhB38Ys3Zh2LwxI7UwRdmRZkNsf9tz%2FrHh33xwiF5EcqhHsVzrNS6gKu7SkN8fvaSolZWqmgwd6cjfciAbbreciuYMNymnGmZ5cY3Ksv7xJYTh1zLg%3D%3D%7Ctkp%3ABFBMrK6QrpZi |
| 57 | salesystemswarriors | https://www.ebay.com/usr/salesystemswarriors?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/165784426277?hash=item2699859725:g:8CwAAOSw4f1jdtvw&amdata=enc%3AAAQAIAAAA8KGsgAMPnoqsdHbjxA7lFq8zLEKzhp%2BTGaM5qB4t7ovlha6SHVWZ%2Baz9FlLSXzYK1UaBTGSn5YTdilRcd8wXEc%2BNd6FMPl0M%2Frz4dGXzFVqDMB1GTHaMuObhSBS9tZQKZpU8q4kFRl5C88FYVotacP2pGiUjZSSplJn75IqzlqDw%2F%2FdgiRB4jgYYWIV5xkl7rP%2BSsQz3cvPaDCXYddEY1QDly3kyIZLfrkLa6x9gY4ogxc7%2FgR0vvCYsP6jHk9Ads%2BQb9MW7KC66%2BUe0Jyw4bmMtRakil0OgZjI29T2PwHPFFiuWLouxwA7Jw6A%2B4kKbwA%3D%3D%7Ctkp%3ABk9SR_rLlcKNYg |
| 58 | sammysum09 | https://www.ebay.com/str/adlersstore | https://www.ebay.com/itm/404306559954?hash=item5e228c83d2:g:Cn4AAOSwfL1kcHfS&amdata=enc%3AAAQAIAAAA8IMmcc5dBk4enIjGz4tTBhdnkzAL17KMGkwYQmMt4xB0dnAoWv1JCrymiPM3oF7GHPGxXbciMbJboOOpBiQQRQAWO%2BslvZfO2oFyJnl%2BWcQjN0aC25TyiOfg%2BE9XsYarA2IYWhCtLII7Z9IVkGAq%2FlGLUwHoTz9%2Fbk73mVC%2FfsoOsZBA1ICvZfp7k9DfsvO0NH00yw4PyDCmggh9lgup3c5njWG1NatgNGa1yKTi4%2B6T7vP4zXKLbBD7ZHGcmyZldRsVRhsMRtuvEloCT5umO3ZNsoGkhSymPkkLedMJEuo31Cncwg%2BBzdp5cGClbp4U8Q%3D%3D%7Ctkp%3ABFBM9suVwo1i |
| 59 | selena-deals | https://www.ebay.com/str/seleinashop | https://www.ebay.com/itm/155478739229?hash=item243341491d:g:2UgAAOSwwNVkJT6s&amdata=enc%3AAAQAIAAAA8BbfhFDL0M3cfNt59060CSMJ0cttH1pkyYZCUCW0wIuZkrL9BYb6DFNV7TUVoh3AK3w5GzlSAU87yz4lwcnzWsXDqVH%2Bi%2BntigwiyOHk4lO3llDCSiWWlTrZHq%2BsjFXBgsjoGhMDrGW0vQBUZWyJliY847GRccCKIs4%2Fe92qsLxlyx9h67OvQlaoHhXzgNe87wEKCVia1ozzuqVqdiJLSBlySMM%2BtesFbxV%2BZNhxXZjlBgcXegOBp4dNAqOdEceP6LLNmPe1lDPy41KIgZxGGMwA3dyH83MnbPj0fN1UElHDSYce9epO0VxbzGOj7q17SA%3D%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 60 | sell_tek | https://www.ebay.com/str/reveallll | https://www.ebay.com/itm/225571491921?hash=item34851bd051:g:gWlAAOSw9Y1kW0Vr&amdata=enc%3AAAQAIAAAA0B5yMhPbD6WspM24q5A38n4sXZjXtRVigeD8yBo8XQleoR%2BJRBT%2BJilc1K5PytrI5Xul52r8JCQpuTCFs31TY1hVF3p5QYFdR2pp4IcQsLBXtLNmDHfD8eVbE8uPZhWlTayH0v2p4wqkg4PycLRWQrPJfT0vyvUTDIZ3OyLQtFGCNCORkpnZ2h0DUGesKok%2Fw8uOLpStsLQiYEyQ3BkVP8G1872TrcIg%2F5rOb%2BGr78PV%2BpFvKVN5O4TSzsozdWu2ly9l33xn24HKtl2oLvA6aEk%3D%7Ctkp%3ABk9SR_zLlcKNYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 61 | smart_shop26 | https://www.ebay.com/str/matansmartshop | https://www.ebay.com/itm/225609833450?hash=item348764dbea:g:WJUAAOSwMz5kgecN&amdata=enc%3AAQAIAAAA8BLmaUOCRxEoAkr624meNmo%2B7sIEcj7W4J5SLBA2ASYu5%2FE5H8hOLfrGMoQKz8yllNqfrdEl%2BdAFcUcy8%2Bexp%2FQShG4H7yPfDp8RQcXMisIL%2BeCZF0i6MBPiYysIHxO%2BwIcPXKnaS4BODAEcrS%2FGtfLI%2FY0%2FlohJ7npogRqJ6Ltf4QqzAlh%2BWOEBnZVC1Ke%2F5CPf4Rp5K2vJV2aA%2FdVRog4LskNXyYPeV5itynZO9lZg5crWpBnL%2Fc8%2FYVZl5T0tqQe6o2gNjuugvH2yOfB40VnQfju2JDt3fCuaZZ7uWFtEWCcKMM4kW2NwpY9jFL4lvw%3D%3D%7Ctkp%3ABFBMqq6QrpZi |
| 62 | stacey_14214 | https://www.ebay.com/usr/stacey_14214?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/304776034388?hash=item46f6113854:g:28MAAOSwfVZjyak4&amdata=enc%3AAQAIAAAA0HuSS4GitsaOp6fjDSxMIEN1GxgdFQrH9aiGzkvLMysiGFRAzX4LuL9ie%2B2BxB29PVZWwcj1yjzxWl8NUTE%2B6PTnxDkGqDM2URqqMILoMfLKCBX07QnSxsEwbWGvudIUg2ohBvcH4l6yEuMHmuTeSLVR3lHEp9bGqm%2Fhru0o%2B8s8lac16AB9bdD67xq%2FK7J8M%2BMJRzJeAExt6Qcm%2FTspP%2FBwssFrYpCYXt8ch6gQlUk9T1Bi1E2wSU2WIqFprvL7QhSdVXEpq0zSNfpaz3Bsvpo%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 63 | swordsevenllc | https://www.ebay.com/str/swordsevenllc | https://www.ebay.com/itm/166156067650?hash=item26afac6342:g:EeMAAOSwkydkgK8F&amdata=enc%3AAQAIAAAA8KuUL%2BM%2B4Fd87z4bydLDqPUv%2FyLGACXGXoD8Zg5Rhw1DPVADlNL4syfq%2BdswuJNWP61DNE6lp9%2FhW%2FUYcxKD1h6Jnm9O5Sbkmxsfl5iFrXcAyy7%2Ft19a4%2FCK2LQWL2AGBDhhpopBNXFmH6hBFdD%2BubA%2FVDF4%2BhsGRYSQmoFAJOlXTP0inOnrfN2Lq9wqEbXSdyZnreJfbO%2BH6ZBUbLeEYYS%2F0ccEwgEZfH3ekEKslPm4lvGkaK78Kp0zrdnq5bq4JWGds1u8QvgBoHkfvv09M64%2F0W3TB2nyjjx7g0Qej9FKCoM9x3Pd2YHbffyy%2FYvkGg%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 64 | tal_kurz | https://www.ebay.com/str/kurzistore | https://www.ebay.com/itm/195597336232?hash=item2d8a827ea8:g:XaYAAOSwLPVj6qhc&amdata=enc%3AAQAIAAAA8IWNyoVZAq6JNdfGdaZTldxYgUww7cjHta9tMtoOFK%2BsqreahrUnTyMxS7uLqTzj3Azmoy%2FbI%2F9aJ06Qq8FtfI1KwjRTosWll6wnUhAAfp2qqAcEUFG%2FWQIGOF9YBcUiLdTso8eOepN%2BZLXbBFjO9Z4HdNCSTxvZUz0J%2BppUXnxUYjo2pLVr%2BBttE2Ek4IWMhXgSpurVlVUF44P%2Brm%2FfvrRfedx33dSn0QcgK9LkAyD%2BBgVtkSNmBEPHuXr%2B40%2BaeqTm3tQb%2BgeLbmF5I%2FIZXv0MUynNi5hQwOz6zjtdJ7RoHSfe3D%2BBf1z7OIVOqAUCtQxw%3D%3D%7Ctkp%3ABFBM9MuVwo1i |
| 65 | tiptopshop8 | https://www.ebay.com/str/tiptopshop8 | https://www.ebay.com/itm/204220994412?hash=item2f8c85136c:g:VdQAAOSwAwFjy2Ov&amdata=enc%3AAQAIAAAA0J8ISLfSBXfI99dbGhaRU2UoGbdO7gOgYJJXrfEL0uHfO9BZMmW%2BRHAGaEuedsw9PGp2raR1PV2%2FIHnL7pICYYhi6x0jdg3PN4S0YqtuerQzGKRVJ9t%2BEMcp0%2F6glJwdw96WA%2FXvAB6Hw4jNOfdeOkImkrUXcTaDO4RQOtdTOhFlPmL5SXxIEzlC7q81KWWNxzRTVCvOSqeYTRlDgAMM58A6rMykurpBj%2FDUbtznr3d5V4jxm2YRLDIHIEfQOX66Mq114OGhLlaQUe5Wdu2r%2BGc%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 66 | trevofaus-0 | https://www.ebay.com/usr/trevofaus-0?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/304983648517?hash=item4702712905:g:PcwAAOSwR5Fki4gZ&amdata=enc%3AAQAIAAAA0G72Zj5kLSYhRfXmAjmBcpB4SEQfD17eTEMKP1sWjBBu7D5M7JevQk4dwKaUMGt6v4Hi2V6gTfToas7FCS0qk3%2FQ4C%2BLFIgNs4SEzOCKD2k2Tei4XceqtW566kxOuOydKvDaewBWOCTZbit%2Friyoiyl zR%2F%2FrNhoJmy0WFrHtE0Plw%2BVBr1KaC64xwg3Wj705C68Mz8NWG7JdtApfeUJSlE0y8SkHKd0ZFh%2F7s8595m6V6NXbvsmGRQCqXFY5dzez9lSCzdBi2Xm7oJKEXJh0Q4c%3D%7Ctkp%3ABk9SR-7ByJ-YYg |
| 67 | tsamizr0 | https://www.ebay.com/str/tsamizr0 | https://www.ebay.com/itm/394677097152?hash=item5be49692c0:g:fpQAAOSwobJkiCqr&amdata=enc%3AAQAIAAAA0Ko%2FCTcYBfk6F%2BZHh2F4ArjwqjNLRfAegWJR2k%2Bsqc0LDMaZSS4mm4zo8fNF12WKWMDPdlIZyIEFYVQWU8b7aTmx5CNqOQP%2BnKmJFd7sZlFTEEI%2FrKZ0Bn6s22MaktDbxGAUFwuRYk1ZpRftDPfaonLFqFmYHKs2wd9NE2uUoRilhsAQHfn%2F0PjJoWb0qy%2BcjcWlgjFG9lq6BV0A4Qe9yXC%2BTT9zV67gyGxlkp5k8RG6JgwfCgt8gneBdZuDHdjiJ%2FTJeHzbLl4nSoNg4ymRd4M%3D%7Ctkp%3ABk9SR-rypMGWYg |

| Def. No. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 68 | vendesi | https://www.ebay.com/str/vendesiglobal | https://www.ebay.com/itm/354610852215?hash=item5290743177:g:HVcAAOSwPoVj-kcm&amdata=enc%3AAQAIAAAA8EOvcMI6UDc57ONlpsCOWHLpFB91sqNFKhJwVqMC4CHKWd8cYynY90hYfvuFhtDMRxEx0jNe%2BhpNKbsE8HIptrM0H%2FWCHnzt6oe113jR6LwWw8YQP9HUsIHXDFJejguEJ5QXFud8NR%2BWysK1SW8IhU7s0mrFuyraOIwo%2FBqkTqw%2B%2FexTsEHRai7go%2B5Ai8HjK63W6VLb3CCgyQ7kJPXt%2B8JN0TgV29hxQNdHO2LaiY%2BT2atJsIrpoUKCoVMgZfWB9AZXGiTstxWHanzr7NsCdCmYtBDxoBGf5zfBMPZXIjp1ld2WSI8P4Xph75oB8%2FqWIg%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 69 | yehudan33 | https://www.ebay.com/usr/yehudan33?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/385656762443?hash=item59caef304b:g:r8AAAOSwFapkevzW&amdata=enc%3AAQAIAAAA0NnWQy3BzASJwCMClnJ9ueC3n0dP%2BYGsW6gmiIw83ar%2FvMPwo98pISaL4JtRqagXFZ%2B8YG%2FbXJbCG1q8IeBqp%2FlRJlLWNYuK9MzAw%2B8VOeOLa%2B1JMheYv9AskHxIf4ONqeneWmAogQtaCZKR9ZiuqtTWDMnL7e1YzpVFGuQtpu4tklSBwcb%2B%2FbI4hscLrM7FS%2BUFmojnoZI7CQ8BvWJP2fHQs%2Bfz0kYfp6UnOax7KFBoF9f%2BClyQHvYm%2B%2BL9hFKlpRjMFuXtNoAmsI9JZ7p4KXc%3D%7Ctkp%3ABk9SR-rypMGWYg |