# Exhibit 1

Registration Number

**PA 2-413-422**

**Effective Date of Registration:**
May 26, 2023
**Registration Decision Date:**
May 26, 2023

## Title

| | |
|---|---|
| Title of Work: | Sharpots Fire Extinguisher |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | March 17, 2021 |
| Nation of 1st Publication: | China |

## Author

| | |
|---|---|
| • Author: | XiaoQian Zhao |
| Author Created: | entire motion picture |
| Citizen of: | China |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Xiaoqian Zhao |
| | Room 17, No. 73, Moganshan Road, Xihu District, Hangzhou, 310005, China |

## Certification

| | |
|---|---|
| Name: | Adam E. Urbanczyk |
| Date: | May 26, 2023 |






健康无毒

RIOT

Sharpots M5060




















健康无毒










不会对人体造成伤害


不会对人体造成伤害




不会对人体造成伤害


不会对人体造成伤害


不会对人体造成伤害



不会对人体造成伤害



不会对人体造成伤害




不会对人体造成伤害


不会对人体造成伤害
























火势凶猛时可直接喷在手上灭火


火势凶猛时可直接带在手上



火势凶猛时可直接喷在身上逃生



火势凶猛时可直接喷往身上逃生



火势凶猛时可直接喷在身上逃生


火势凶猛时可直接喷往身上逃生



火势凶猛时可直接喷在身上逃生



火势凶猛时可直接搭在身上逃生



火势凶猛胳膊直接撩在身上手上逃生



火势凶猛时可直接披在身上逃生



手握工具，火势凶猛时可直接调往人手持工身



火势凶猛时可直接喷洒在身上逃生







牛奶工身上提供在

火势凶猛时可直接供人逃