IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Copyright Rightsholder Identified in Exhibit 1, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 1:23-cv-04507 |
| v. | )<br>) |
| | ) Dist. Judge Matthew F. Kennelly |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | )<br>) Mag. Judge Gabriel A. Fuentes |
| | ) |
| Defendants | ) |

### Plaintiff's Motion for Leave to File Under Seal

**NOW COMES** Copyright Rightsholder Identified in Exhibit 1 ("Plaintiff"), by and through his undersigned counsel, and hereby requests leave to file the following documents under seal: (i) Schedule A attached to the Complaint, which lists the fully interactive, e-commerce stores operating under the seller aliases (the "Defendant Online Stores") and the corresponding e-commerce store URLs **[Dkt. 6-1]**; (ii) Exhibits 1 of the Complaint which identifies Plaintiff and his Plaintiff Work **[Dkt. 6-2]**; (iii) the the Declaration of Plaintiff and exhibits attached thereto, which include screenshot printouts showing the Defendant Online Stores offering to ship infringing products into this judicial district **[Dkt. 8, 8-1, 8-2]**; and (iv) the letter to the Copyright Office concerning the Plaintiff Work **[Dkt. 5]**. In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement. Sealing these portions of the file is necessary, at the very outset of the case, to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings - including the identity of the Plaintiff Work or Plaintiff himself (who can be immediately searched via USPTO.gov's Trademark Electronic Search System (TESS) prematurely, such as from sellerdefense.cn or other court monitoring services, the likely result would be the destruction of

relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated: July 16, 2023

    Respectfully submitted,

    /s/Adam E. Urbanczyk
    Adam E. Urbanczyk
    AU LLC
    444 W. Lake St., 17th Floor
    Chicago, IL 60606
    (312) 715-7312
    adamu@au-llc.com
    *Counsel for Plaintiff*