# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Copyright Rightsholder Identified in Exhibit 1

          Plaintiff,

v.

          Case No.: 1:23−cv−04507

          Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 21, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to file under seal [10] and its request to proceed temporarily on an unnamed basis are granted. The Court finds that good cause has been shown for allowing plaintiff to proceed on an unnamed basis for a reasonable period after issuance of the requested temporary restraining order. Plaintiff's motion for electronic service of process [9] is granted. Plaintiff's ex parte motion for entry of a temporary restraining order (etc.) [7] is also granted. Enter Sealed Ex Parte Temporary Restraining Order. Telephonic preliminary injunction hearing is set for 8/3/2023 at 8:50 AM. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Any motion to extend the TRO or motion for preliminary injunction must be filed by no later than 7/31/2023. Any motion for preliminary injunction filed in this case must be accompanied by a certificate stating upon whom and how the motion has been served. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.