# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| XiaoQian Zhao, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-04507 |
| v. | ) |
| | ) Dist. Judge Matthew F. Kennelly |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule A, | ) |
| Defendants | ) |

## Default Judgment Order as to Certain Defendants

This action having been commenced by Plaintiff XiaoQian Zhao ("Plaintiff") against the defendants identified in Schedule A attached hereto (the "Defendant Online Stores"), and Plaintiff having moved for entry of Default and Default Judgment against them (the "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on the Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants not having answered the Complaint, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendant because Defaulting Defendants directly targeted their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating at least the

Defendant Online Stores which target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and has sold products using infringing versions of Plaintiff's federally registered copyright, which is protected by United States Copyright Registration No. PA 2-413-422 (the "Plaintiff Work") to residents of Illinois. See [Dkt. 8-2], which includes screenshot evidence confirming that the Defendant Online Stores do stand ready, willing and able to ship its unauthorized goods to customers in Illinois through reproducing without authorization the Plaintiff Work.

This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Plaintiff Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:
    a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Plaintiff Work in any manner without the express authorization of Zhao;
    b. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Zhao, or are sponsored by, approved by, or otherwise connected with Zhao; and
    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Zhao, nor authorized by Zhao to be sold or

offered for sale, and which bear any of Zhao's copyrights, including the Plaintiff Copyright, or any reproductions, counterfeit copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Online Stores or other online marketplace accounts operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as Amazon, eBay, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers such as PayPal, AliPay, Payoneer, Skrill, Ping Pong, and Amazon Payments, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third-Party Providers") shall, within seven (7) calendar days after receipt of this Order shall:
   a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the Plaintiff Work;
   b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff Work; and
   c. take all steps necessary to prevent links to the Defendant Online Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Online Stores from any search index.
3. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each Defaulting Defendant in the amount of thirty thousand dollars ($30,000) for willful use of infringing the Plaintiff Work when selling products through at least its Defendant Internet Store(s).
4. Any Third Party Providers holding funds for a Defaulting Defendants, including Amazon, eBay, and PayPal, shall, within seven (7) calendar days of receipt of this Order, permanently restrain

and enjoin any accounts connected to the Defaulting Defendant or its Defendant Internet Store(s) from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of the Defaulting Defendant's assets.

5. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in a Defaulting Defendant's financial account(s), including monies held by Third Party Providers such as Amazon, eBay, and PayPal, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including Amazon, eBay, and PayPal are ordered to release to Plaintiff the amounts from the Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by a Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings against that Defaulting Defendant under Federal Rule of Civil Procedure 69.

7. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by a Defaulting Defendant, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to the Defaulting Defendant by e-mail at the e-mail addresses provided for the Defaulting Defendant by third parties.

8. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff's counsel, AU LLC 444 W. Lake St. 17th Floor Chicago, IL 60606. The Clerk of the Court is directed to return the bond previously deposited with the Clerk of the Court to Plaintiff's counsel.

This is a Default Judgment as to the Defendants named herein.

Matthew F. Kennelly
United States District Judge

# Schedule A

| No. | Alias | Defendant Online Stores | Listing URL |
|---|---|---|---|
| | | | |
| 7 | 4u_1000 | https://www.ebay.com/str/4u1000 | https://www.ebay.com/itm/125952543686?hash=item1d535b4bc6:g:fVoAAOSw40VkcwNp&amdata=enc%3AAAQAIAAAA0IzG9%2BAoMAlRnnNu2g%2F5W5PXpmq6T6UGR5X8z2KgdoPu1dBN%2Bqd7PEhdE%2BAbI8R2rLrcavZ2qD13ISoTi9vuep5lEnMtIKzbGX04EvAKxWP8%2FFPQSxYU7AHENMifh7%2BaAv6WbDt%2BOCbvVT39QfCBcF1X1Pfe15Qd3%2BKfAEFNMQCSdSmgnAgQS6vLQWp%2BpJMPH%2F4l947KBvcjk4ZxDRxR4mopj00ZwRJpYZK5aiJRMcvPclM%2BZyIYrAKYPVwZBoVdnLYZpMV8eaSYC5mhx1xPb98%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 8 | adco-1012 | https://www.ebay.com/str/adco1012 | https://www.ebay.com/itm/125932920957?hash=item1d522fe07d:g:5xUAAOSwshdkX4qV&amdata=enc%3AAAQAIAAAA0FffUrNldPl0ZQ3iCLtYSyVFNoiD3NccURvpzi4wCkcJCjmTK4InCmaKvwGG4iqNff70885wxYKpURgHPfZBX3LI12HLyFWfnC6J8PTMIsXTOgqTiTnCPR3tHazjBwvJmQflAZRS159O30ag4lTtr9sizrT257Z5Ee3MBfdJ2WijfySVVNGHCNTrjeL7yjjkMIPCYsC91LB5sSR8kvfyZiqVrXGA5neg5igs2dw3VPyzsc8l65coRmHxizrnMvUgfdb5evWA%2B8bVX9YedQctHK8%3D%7Ctkp%3ABk9SR_jLlcKNYg |
| 9 | adebim0 | https://www.ebay.com/str/adebim0 | https://www.ebay.com/itm/175758439900?hash=item28ec04f5dc:g:VikAAOSwOSpkfYl-&amdata=enc%3AAAQAIAAAA8F77LwUEAImbqamtMfNdBeyt5fXrNtmHfZYPj1yvgKnF4ceMmBezeKz5kd4X78RwliBjS4vcJxXKe5BJzVpEHPd3S%2BWINAx8eYf3HX%2B%2FlTB8kix6%2Bt0aKobb0jfhLbTy4vREL0NEwThTWRWngpeommsy3oFMpjByC%2BdPSCfZWPt98Ezr5AU1%2B6k1uj8yDOP52AnY9alR0jK9YvmwQDwD7HcfnaL%2F2oVRRyamOv%2FkfaJL7PVhUp9Tz9HQaYFVi9TQgRkhjz3x6vY%2BcqI8WcxzIIghaoPOl7OnmNDPnNt1r705%2BIaNK0EgQUvo0OH9lOK58g%3D%3D%7Ctkp%3ABFBMqg6QrpZi |
| 10 | agsug16 | https://www.ebay.com/str/agsug16 | https://www.ebay.com/itm/394615534382?hash=item5be0eb332e:g:9GUAAOSw0aBkWiDt |

| | | | |
|---|---|---|---|
| 11 | aisy1330 | https://www.ebay.com/str/famousgarage?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/385708859317?hash=item59ce0a1fb5:g:FEAAAOSwWbtkmAZt&amdata=enc%3AAQAIAAAA0Fh1XvuojEUG3B5g79VlrcW7Ty%2Bd5lfJXvOb3seHKnrzxyZqNnq5jx9MynEWqTJDK8%2FIqtHcBRkqH3sozEVltTMk23GOTFcDyc3Hud45QikjOxd5%2B50199c8Yv2JSnI38o%2BF7FA1DyqRPEzZ1%2FRspOJ0EuSVg4XFj6rGmFh7%2FkJAF8gMvTyIe95gSbEWjAsZ90OjDtF%2Bql9QE33JcjJcDimkORW0%2FkCrMOFxBWQLzhuws6MqVC2NhlBw6%2F3p63t6BBAJ4U1LqyGMrSrV7InYs2c%3D%7Ctkp%3ABk9SR8i3zKeeYg |
| 12 | alon_boutiques | https://www.ebay.com/str/alonboutiques?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/364316875138?hash=item54d2fa5982:g:0OwAAOSwlUlklW52&amdata=enc%3AAQAIAAAA8KhwFBQ8a0azDIDUKVaIVCRbppHq%2BUMLijxP3hZTTUNe3aHcbrGyxCBmlLXi%2B28LDc0A9OOj9Ke6dcHteq3Yt18pt4dnXdvAKGJMKrAt0tL5A5AZ5uFyIm8dtWVG9t6hlysAEHLIwKdUwVImUY5pk5WPwRtC%2FDXjBSPjIWc%2FUbWKXkDQjMb8O%2FDhXngBRu5%2B%2BMxdHLgKvaaeGDrSSdM3K3L9DUKazs51jenVw2GJUxEnmd8frdKqRjGnzZ73DXAdbhz%2Fzo19GoCYbT%2BSXfslnc%2B7LMsqNrXHhxaGOo5YS0d8Q58DpmqHy0DAnIQ5LW0n8g%3D%3D%7Ctkp%3ABFBMoKis_pxi |
| 13 | atilliaonline | https://www.ebay.com/str/atilliaonline | https://www.ebay.com/itm/175678189130?hash=item28e73c6e4a:g:iZsAAOSw~EdkLbJb&amdata=enc%3AAQAIAAAA8CK35rAr180TsqC7AKdyCCllEgm7OhWHq%2FrlnsebcIwUDoQbEdi2rUKTt%2BH0qAXQ3AN4G3Xzxs4vlCGEbQE%2FBDH%2BhaotQxS%2BSF6e9zzuybj1Td5NSCGTH8gQl2kiNFg0W3vNcaIG8kFBPxBzqLGNVkjNWMVsXrO9EElzd9pXrXr9pcNIBtFUnDGU5v89%2BW7MhiMlTZW7%2FhNFJbbvHPNodqgbzeYF6qxOxA%2FQM86MlYHoSdKTvgST0pLZd8T6gjK6Xvf0Cr71hVnXvygp4yjmWxydT%2BC6Yj0URY4%2F8XGCKnBW%2FQv9ENSmI5n1mj3Z9zac4A%3D%3D%7Ctkp%3ABk9SR6yukK6WYg |
| 14 | aton-sales | https://www.ebay.com/str/atonsales | https://www.ebay.com/itm/125951536469?hash=item1d534bed55:g:3UoAAOSwEt9kccGZ&amdata=enc%3AAQAIAAAA8IkJcatPQ6Rlun42yilxHl7ufscWDLWMvJ8yEk1FwRWXocsH3qruQG8d7gUb6YpwQwUMR%2Fx7lmoaZDv8gxEQ2u0Fpj5TrGBz58%2BAt6wnv2UNRY1k%2BLfGsIrWieL6R9aY%2B6JPUnMlPSpPPDpLEaurwrODYyXKvwYCnKrvLKz4YvXZZ4X7oiKdDxkbeYXVaLh%2BnGMO272l4C79aPlXyucixs7Xbebm0pjf53O3veUI8QTC3GCcdRCuf32LT5aIZlhdV4iuMPHzLGnK5g%2Bn8sw0yu62fuLq3obnV00JenKXuRRfKMxp%2BAB1eKhxQd0icnvZ4A%3D%3D%7Ctkp%3ABFBM-suVwo1i |

| | | | |
|---|---|---|---|
| 16 | axsot119 | https://www.ebay.com/str/axsot | https://www.ebay.com/itm/266251421727?hash=item3dfdd2481f:g:L~0AAOSwhylkWgHq&amdata=enc%3AAAQAIAAAA0Itv7fiTSQNo%2B0fLzaTqPpn3OYY6b15eDPbZNaK9V2%2F%2B8%2F7M6LLE8sglJnoBV5CQpIkyB7RmCaWz2B32Ct4ipf6iqOwlUfvt7qE8nlFAZzAsreosj2QqoFZEtiLod8vZduwk9t4Xdus8kKXU3iYlbp1%2Bie3wngIeyOkBlwkpL6roagJguOeKVYZnfwGD7%2BWF6sv%2F9QqtXP%2F555jh5ic1MfblrV6cT0Cl%2FjE0CjqHsYX01u2dJTFKi%2Fo%2F8y3r74e87doU5r%2BH58gGkMbesf0DNrU%3D%7Ctkp%3ABk9SR_rLlcKNYg |
| 17 | bestshop_us | https://www.ebay.com/str/bestshopusa1 | https://www.ebay.com/itm/166109551885?hash=item26ace69d0d:g:XUkAAOSwpzNkZ-9w&amdata=enc%3AAAQAIAAA8JzqEsh1iI6%2B7lSNd2LLDr9Tf4ASLYl7m2UQ6orJzdFanaBW8QJkJwOYdUGw2lyOfJYEBameUNDJyvCX8i8Sy2lEK6TD7OsbPM49AWApGgTO7jkwybZ5ubADu2IDAGl0QppJFj1cbR9xvEXEpVZPww1RDtzT1n6av8MaOTL%2FUWse1TB4uVwsYLr%2FEpIvrnjBP6yMe%2BhpNKXOUS0FO8zjm8O%2Fct7R7YulsDl4VGVa2BTpc2dCtej8dxY9iebkjctnKrSYApxB2722wv%2FndS0dpabWS8hL4GjtJqOSJSMXid%2Bqbam2g%2Bhk%2BtY2YfRorNaulA%3D%3D%7Ctkp%3ABk9SR_jLlcKNYg |
| 18 | bevjoh-8076 | https://www.ebay.com/usr/bevjoh-8076?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/385699586032?hash=item59cd7c9ff0:g:kFkAAOSwNM9kkv9d&amdata=enc%3AAAQAIAAAA8FwnCoF%2FWRmB4hKLnebJBRgNrgxb4bs0jjxak5TrJEyu3NiNOuNcs9yT7sfcMQcEZQUQ84ffvvVb4hkHwbuSNfr2mH9YlQWZqPTt06Iow81f9BPnTq7qStH6ii%2BWlr%2Fnu2Zw%2BxXrPsfP9zRgM0u0AkS9ip5lLbGp2jf7dJlYn9QSetzQUu1Wb62cX%2BC9IPMoeWORJamb3UGWcy%2BouAgq%2F8H3k6qIkg87SKNxcANHg3XS0YM5vwvI2jhCZ%2B79offHgq0L7lGZ4sYk9ZJO0ZSVQfUWR1oykuo7Qdda8NKVaAQ3hWZB7zVt69or3I83ImlIbA%3D%3D%7Ctkp%3ABk9SR_KqxY-cYg |
| 19 | bla75135 | https://www.ebay.com/str/bla75135?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/134625877049?hash=item1f5853dc39:g:dykAAOSwTF1klXYF&amdata=enc%3AAAQAIAAAA8A%2FW2J0hsyBbjS4IbPaSLdCrqA0aaXVurdBYJLANSvKAYI9mGFhf0eUV7H8O6c9ZQ%2FocJOXWXVm%2FBpWab%2FCzv3msIh%2Bge%2BEMChHjdNhPlUjjWT8lvxZLAGYeKdhELMXg4QHhagNaYNm8EOfvJ3xaGih5U%2BtmXEqNs9sjqKTKYPvDC%2Bfet0MzO%2B5V9n7yrU2sfM2uIagMqVYdChnosu46vbu0ftjonYfbna8lVCBQO7hl2OuQT1Mu1i2OFHqtS%2FKjitgye968rA70k4V7zizLhbfT1jmJwxsRq8uKFaoad4GiEZJUypyk8nFujdzS5fG3NQ%3D%3D%7Ctkp%3ABFBMoKis_pxi |

| | | | |
|---|---|---|---|
| 20 | boxysquare | https://www.ebay.com/str/boxysquare | https://www.ebay.com/itm/256001290266?hash=item3b9addb01a:g:twMAAOSw1v5kBc~z&amdata=enc%3AAAQAIAAAA0BEhEzv1FxsJSsmEG263QPMyto3VyZ7goxyUP2LqtaaRJuxlC0xVrMCDrVCwgg3OmAOZOXy%2BFJvSWhhEyrOlejFLhIpNA9N6ZSbbxQAmJfhs%2BswnRZb2jdGsw9jvEldofyD0Zr08qBx4lyB%2BUP1yv7vGDFMv67e9h7mbBf2b4XpaGLqYSzYXlsw%2BQXN2qi5ZNrj6kfCNiUnzkIwQ6n0KYT8lcwXU3EGE4om9WYahuR6uBq2Uq3uULyek9RaZzEYkmS8tbPsAkySIB1D2G7G5xFg%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 21 | cadhia-0 | https://www.ebay.com/str/cadhia0?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/385700731823?hash=item59cd8e1baf:g:P9sAAOSwY-1kk5xE&amdata=enc%3AAAQAIAAAA0GtxTwdPf2qHxTj2k93VmXz7o6SftE92c6zJmWivCoiXkpz8Ze4uyM%2BXrgE91yXlx%2BeYYmG4rFcMW7xhWuHO0AUhIAXCmBgB1rth%2Fk3H9A%2FsnVk6uHC4%2B1B%2FQR6eSQ4%2F6BJFF5MWxt6ry38k%2FEbj20CvPkoBivZNgBFboIomO0%2F0y0hiQyulvRs8AMNUnj%2BRBD02uIqdciIxY6A9kHHDI6NPxIY8i%2FbRdDhr85zAbrfkP8owbe1EmVj%2B8WjaE78u%2Fq%2FUeHfx1EjaNUPkrSZVKPU%3D%7Ctkp%3ABk9SR6KorP6cYg |
| | | | |
| 24 | circuitsmarts | https://www.ebay.com/str/bluestore2500?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/285339084822?hash=item426f88e816:g:uL4AAOSwBetkkFsO&amdata=enc%3AAAQAIAAAA4NDFDnBotGwXUz6XUWcMgvxFlze1CeBiqU4i354LjBjfbCfV7Ku9sjqJ1Tu9w6Pw78TLALoIXvFCp2uDejELtpS%2FztAmqc4e0ExjKeTaUrd8KwCu03OEtcJf2zNFqVxYGnheDWEL6CWMkDrFc7XL68ekrDa2NDwIj%2FOUnRKFt4CgJLLQK1MHrWjuacAPcJbxzY1H5jaBFRcQBqCA%2FwftYoCTYqAs9ffvGvsUv%2F%2B0Xvs%2B9PjQbAUPs14XHjo4mY4p9C4LaSyAVMrOW3FsRoEPMgDmUwE%2BOw6Nw%2FtGpRTF5D9o%7Ctkp%3ABFBM8qrFj5xi |

| # | Seller | Store URL | Item URL |
|---|---|---|---|
| 25 | ebas8646 | https://www.ebay.com/str/fradkin1998?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/166188763470?hash=item26b19f494e:g:T~8AAOSwAkBklZBi&amdata=enc%3AAAQAIAAAA0BRdw3q0nNHclTp3lGZUB3x%2FggNoXYWCCAadBPuzL5EQ4WhwZ844o05eOJc54SOf4gEvXI9m2GbZ74W%2FOB%2FzMGZwn88Bw%2F7NkahJYipOxuwVQrQD7r3Kd3kZj9TlnDy%2FXYT1Xvrk7jf%2FUeNfZy6Z%2BMtB878Gm%2BizyCos5mIIOrXaMlnZi5UM%2BaqC%2FyzTWVf9hqO0MjvecP6mX7NiK%2B%2B257ucZMJNY%2FRNICULTUhYEYF57tJJ9PsxhaBWe22twZvC9%2FgKeHkQ17UuEZXp5tTqXIo%3D%7Ctkp%3ABk9SR7Ci16-dYg |
| 26 | epicesolutions | https://www.ebay.com/str/epicesolutions | https://www.ebay.com/itm/275830365736?hash=item4038c55e28:g:L5IAAOSwpppkUYr3&amdata=enc%3AAQAIAAAA8AMiqc%2FFunyAdn4%2BXBlxjOe%2BH6MpaS6LliNACv0T%2BCyGcjto1xYr%2B5PuTSU7NAzyWFWn1Cfi6BibbkUGaZysFoLVsWr47hX5%2FXsYlMoLc43il040sV5zj%2B4WAuauDenar3Id7yTK2nWtngC5AjVBTuEvWrTY9M7h80Q%2B3NuQZ5ZFePRtiLsoGgugWWbbKf7HoBngACKTDS%2FLxmKJn3P4GX5DI9HRHyj99W%2FISJ4FmZTy3HFDpvb0guure2dW%2BSEDouWEB%2FBnRJ1zNgeyUNCjCxJMi7jsyvPZyRjbM6j7tTAj4kq3p80Oze9jLaiDdGxsuDg%3D%3D%7Ctkp%3ABFBM-MuVwo1i |
| 27 | everydayideas | https://www.ebay.com/str/everydayideas | https://www.ebay.com/itm/115699505866?hash=item1af03a5aca:g:~pEAAOSwqDtj41Mq&amdata=enc%3AAQAIAAAA0CG%2FC9wMbzbJIpZb%2FcQfPrIYje2JHgHUEA5sqWZQdB73RnmxM16XsThOJ0ivyJdXiEHm2Djxik7dH%2F6FKFTln63RSJSZeGbcBEdXnkh7xsgtWdyb9rDB0FrqmYdEkVv3%2B%2F9hNrMGhO8uTfkebQiv7uSj06LR3aUxqgqT4jvF8C%2FxriaJqU595ImLuN%2B3nz8msBKHxrJ9q67xjdFqrvi%2F9jFlGke5iwYBjPIbG%2FBY2deTptqJtwIsWUo%2FBYPnWQhyLwFbxQTBMcGAe9q4zG3IUW41M%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 29 | fmbi_sales | https://www.ebay.com/str/fmbisales?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/314658474135?hash=item49431b4897:g:DAwAAOSw5KBkkKbD&amdata=enc%3AAQAIAAAA0G0nfCFbAsPNn%2FpPSZXLuomQz0TmzOWck1ifLlY3gDpVCwscQIHPQkeQc3s1V0%2BOaU6RqmBp1QEyOQC7suq6hEdqDzHkbv0gsQBoJ3amij0muuP5DdIG%2FkCgvPoXnOgV0fVNZ4LSqc4FK2u%2B7Pi8R0ooBKxZpJFUbZ5Yj5G8QZSS6%2BBB4X4n7l%2Fqd3GCESqiZHRG1yyVTOjY65WEaGbi%2BszH8Tj0dEH6d99eR27bQqRyOwJSBBMxiNTPYoVSIiTMPeJ39zqIeI4B70xS%2FI77OAOY%3D%7Ctkp%3ABk9SR7Ki16-dYg |

| 30 | from*me*2u | https://www.ebay.com/str/mazal1290 | https://www.ebay.com/itm/404308976673?hash=item5e22b16421:g:TuMAAOSwshdkcwQF&amdata=enc%3AAQAIAAAA8NgDKXz%2Bmx1DcRojxGET7ya6DfKJqFlv0H%2FK4HtUlUxI%2FkBYGykql8qYTE%2FL5reh8Z22F%2BtQ8K7ski1CEQ3hRonltdsFHDjST44DjzikJBeMQeFbp9VN0E%2BQg5ZaQiUCkNcLCk%2BFZy4YQduW%2FtcVdhSswCOS5f7lnBGRnj0NOky9%2FfgmngXaFqt%2BRGiu2wu0%2BD1FewxFVJv8Evcn%2BYt9ZAyq2N0QBFJg6MDhgrwIggDKSkS84Yf%2FcODVU4TVURGTQibnVkONM2oNdxVMQ7O1%2FsJ1wgKbsKZOr5VYuiIx65U8cIPFhNFgVs5A%2FElrhdY%2F%2Fg%3D%3D%7Ctkp%3ABk9SR_jLlcKNYg |
| | | | |
| 33 | ibargoia | https://www.ebay.com/str/ibargoia | https://www.ebay.com/itm/134510986757?hash=item1f517ac605:g:CMQAAOSwagtkJEfj&amdata=enc%3AAQAIAAAA0Fm%2Bt0cHL0U6Gn7KMIA%2BaE8dxE1teL8jObntpavEJzWjvnYRxlTrXdTTJKZb%2FaBN9cMh9aG%2FAR1D5p32LECbnFI0OqbnSLuVMS6ih4Q1S0CpX%2BylAbtQa5MXa4xuyJO9O8GNxq%2FmxRZl6oAMaMdT6pHqO4vDD7ElRl1PHv94oJWyNp%2BUB1V6%2F4FCF7Wh%2FG%2Bm25xtCI7OgcgFQfRjp7piSHr%2FFp9be0VZB4%2FHO2JbnyS%2FKKDkyJwK0Ib4HCrxHxp%2BqFOdAXaNnuQECcY7WTIqs9rA%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 34 | il2015_lv | https://www.ebay.com/str/il2015lvv | https://www.ebay.com/itm/115833793736?hash=item1af83b6cc8:g:tD8AAOSwKkJki2Cx&amdata=enc%3AAQAIAAAA8LDspVwXRyOh0o0KLtCW64yrT%2BEC6VROxmqAOXq4lQRKW3W5YYjXTIdpPled6hEwR96Au6WtKWYnYEG7B4Wn0Ng10FEtN0zq2u9CNggDxAxKCT1YgPRK1PUq2Q%2FoKIa6iGMT%2FPYc0HBFfWRurYeJeRN6vQ3aPmemhUoLRyTx3uTRVmcU6Sri0Vb79QF%2BKIYQFznGmR1cD7nf8xTaUI |

| | | | %2BCUawPHS6%2FFf7czA8OXGnjc4qBPDND2kWj Uql%2FOOlPxoDZqg2hwj%2BGZqdZPD3dYRAsKS 70jQkM7fB2B53EZVfjyz%2BqbX3NyyozLVkQbTEm xj44LA%3D%3D%7Ctkp%3ABk9SR_LByJ-YYg |
|---|---|---|---|
| 35 | insaf123 | https://www.ebay.com/str/insaf123 | https://www.ebay.com/itm/204277507638?hash=item 2f8fe36636:g:niAAAOSwvd5kFUFE&amdata=enc%3A AQAIAAAA4McZUtgYq9kPEoHfU6G5EAWxrH7p7 %2BnRst3xJqyCSgiQNr1R%2BcYhJhg2Vx%2Fgzdh4k 06cpJhvIrT86BJyfV7yI6kDRt7C0QA6EHhTRDmQM qzK4HXIk%2FyB5NQ48szpoJ7kiUF0YnhddoQA0wJ 3jt5FAGJ2E50dCnveuaTBHTCrmUYtuaBkwmTp4qa0 7kklRMTMREaWjILlDj%2FK7abfBZ9c7RkwFhozCN xs%2FrhO4cx2wFirUK%2Fq%2BNSyhj9eIXBxlmKs8 qbWI2DFOsGI%2BIRrBJt08hSKhTZW5n7B7W%2F3 DBAozwyn%7Ctkp%3ABFBM9MuVwo1i |
| 36 | ishnizel | https://www.ebay.com/str/ishnizel?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/256119459170?hash=item 3ba1e8cd62:g:hM0AAOSwTd1klfTi&amdata=enc%3A AQAIAAAA0NezI2TLhYMMbhub4bIU8dEZdSUtuG Q8MX%2FFAt5XZvVuzfnJRGd6kaqXMPerrUYVrgN A%2BuAoC2Zzm3gBL3Bz9e79hjS17XwL0HIHB0flp T9%2Bp5bvG49Mkb%2FkwVp1j1N%2BtDkpQxJpPl TErCMHB3PUaGNyqkHL8wnqDnFQOfJznppu%2F BBuTmjckJJPI62mcfPDBPRtmOE9ZwRV6t2FHu82jh y8xoLbYaQs8j65dYDtg7JhEjIuVwkLmI6kD6yCsVU6 c4Z3ZSElUuV3NNs3b5CzIVM%3D%7Ctkp%3ABk9 SR7Ci16-dYg |
| 37 | itai1321 | https://www.ebay.com/str/itai1321 | https://www.ebay.com/itm/275892873084?hash=item 403c7f277c:g:vUwAAOSw9b5kgeVL&amdata=enc%3 AAQAIAAAA8ByCJYweLb8JgKgMqQIumuCuhlAJt6 ohl%2BhGVf6Nw6VZR7CFKBQgMBEZrQRWUs3m FuV6wuKGQBJ2yUj4rIDo3dKx5rQz4ExCk%2FSTtY nkZ2i6ZaSdZobOu33Wb9kQd3XbSbFWgYeDfchu1b Po1D1Ecw7E6V6wzp%2FCC6wZRFvqMvoJG5ZJG8 wvh0wlIoAjXzuh1foUUKKOmWd%2FF2yIwOZ9Hd OZSOgrc%2FPk1IOrJxwyNSh%2B6Fs%2FkeV0RryVi B8IrL%2FDCJIzjbAp4d4JKASBIZSfggR9FI3BL3O5Y dH4jGgBLsMxl%2F51ThSyQNc4uEenNDM%2Few% 3D%3D%7Ctkp%3ABk9SR6qukK6WYg |

| 39 | jennifsm_46 | https://www.ebay.com/usr/jennifsm_46?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/225618814835?hash=item3487ede773:g:GGwAAOSw-HNkipjM&amdata=enc%3AAAQAIAAAA8PKqoevPSN7CVdvO51B19rJtRe6AN7JK%2FGb634L7xhm7GY35%2FCKr%2BwuNOyeOVY7QxutAss6ca9AbAVtAOQgMyCRNuJ87LI2yIY7gKi7WZdKy8XbXVacEl1U0t5eL4NNYscV2XivdgSwfCCAHrnzCAVKgkbsOUU12lay%2FbVwtKX1AzdEt9THFPKTR%2B0gjqUuhr4blW8GDp%2B4WiXsDHGmqKLJfGqrBGm%2BmnDvPqDJO5sEXnDR19A2jMKvOgFBmX0IziwtB83fhDH0KNgI%2Bj1GKOBqfyQNEG4BeSJbd8NTS7v1NJHOzJq1guI8lZMmFBp%2F5nw%3D%3D%7Ctkp%3ABFBM7sHIn5hi |
| 40 | jester_shop | https://www.ebay.com/str/salesforlife?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/385704433880?hash=item59cdc698d8:g:6fcAAOSwJWhklbXq&amdata=enc%3AAAQAIAAAA8IAiwMph68GaVw7vSL7gUBKGxGG6o9PtBh9o5uWk%2BwiJzZyw03Qx2mBBr1i89Vno5TAjulfAJdRJbpdE8DSpMQbTAjj94OGuAnfWgdGDzJHa6TKrWHqhvrOXOvb0PrgGwoLy%2Bk2iZ0sw2ARAEdncgav%2BnjyJCEs9U18O%2FZLWzz8PZJXiLJYpOz%2BvU2tPolA7BDKl5ImVtK4jJPqfAVFg0V8tSOeU8frR8Hz5g%2B%2BhJHV1wO3WhD9uciE3KhKiCjDiNjC2czuo65v7V%2FFGIvJh4oW2e559VQ3exVFhsfTFA0%2FCi6af32KElbfr%2Fe%2BFVcPmqQ%3D%3D%7Ctkp%3ABk9SR863zKeeYg |
| 41 | jhonson_shop | https://www.ebay.com/str/jhonsonsshop | https://www.ebay.com/itm/295736170480?hash=item44db3fd7f0:g:s10AAOSwoKJkerpZ&amdata=enc%3AAAQAIAAAA0KcY%2FCpW5tAbuBkvvnloO%2BJ084xXDwW%2BUxubixwIP44GjH2EHIAacyubnv7FXQIue81LObxOuzyOo87vy5Lo5bh%2BX%2FaUdzjkjxHhSatla%2BEpDVA98NXG6hbiVFxB1jwKkCQXNw2M2zFyLsVTK2KvUCmtq6SNTH9zHbzb9eAIBl%2BCjK30tDVOFSwD2UIvIIc1deiKmJ6ueRbMKPBIedqsye3zbn0QnACWU3y7bQw4Hwet8CbgOBbFyAvnIU09t1qKtoFDQp9b7OQ2yL2hE8wNrLo%3D%7Ctkp%3ABk9SR6yukK6WYg |
| 42 | jmk-sot01 | https://www.ebay.com/str/jmk | https://www.ebay.com/itm/195770719604?hash=item2d94d81d74:g:x6MAAOSwEy5kZNml&amdata=enc%3AAAQAIAAAA8DkHJRa9oQ7E1UOoFlRnXEpT6qn56yq5Y3aSgRHbTQ8E7CnfjLp%2BpvqL5LAMhKVho7403jNaQCN%2Bv1kofnY4G6wlNk63qKCHwSFXqAcJsfs0tDr9owQYVlnhx%2FAArOVXqf7ckoD1d0jfnOiKoQoRQqAzEHF1Ja%2BAMDYZiXyWaRw3LS7oevND%2BYr3HpVmtI0cRYpJcstnTZyMvLQFo7qcNpDrz7jcTiNS%2FTbUc0avSXwrMH2bgOuxE0hKRV2NYzSfCn1DOxlGhsRmPmlh0Sa4t4X5mD8zqu3kuRGciUm3h%2FlkWppHgTL5K5IzYqo6uluaWg%3D%3D%7Ctkp%3ABFBM-MuVwo1i |
| 43 | keep_the_change | https://www.ebay.com/str/keepthechange8?_trksid=p4429486.m3561.l161211 | https://www.ebay.com/itm/235058183439?hash=item36ba8f3d0f:g:N-AAAOSwMCdkkZgh&amdata=enc%3AAAQAIAAAA8Ob%2BFoEbwSYhkP%2F3swDpdbN7bsy%2BWQE4S%2BpoloVdiq9K69q9wRGhG4Rd31Uhu2VuiC0FGvX82d4nDwMhTASUxxb11RwkyyWY0lsHnPOqHULX6QI9QexMSxZnWPUgMvVZT5vhqjQ9qPIRJhNgCypSy36utZzTMi7NS6xTJTvWvGQhh18da%2BuEAbmAa1ABTGHaLO09P864A8M1PayMenQ%2BO6BZkGe |

| | | | d3qQLcHjG3nkibyIKxSWMcJ3vfWW0AR1pl90jzoL1q mGGNRLsdz3fTDAr679Ex8msbdS6EZzTEWQtqLv AfL93Mm6rDXzMJfcXkm5njg%3D%3D%7Ctkp%3A Bk9SR-D36uGbYg |
|---|---|---|---|
| 44 | kingstyle90 | https://www.ebay.com/usr/ki ngstyle90?_trksid=p2047675.m 3561.l2559 | https://www.ebay.com/itm/374698036101?hash=item 573dbe4b85:g:KmUAAOSwHZ5kYdfE&amdata=enc %3AAAQAIAAAA8PLZGPj2olboZCiz4dA0AztKJjesTa Nm7r2tgZsjnJ7HSURN0vJzcLrCT1rhWhjvQFEQCz4 V5cI6WkfNNEpictYh3yeKDMXBL%2FJahAlbQt5w mewhtFK8bvy17HCGEy1N2ZWwaCQdwGx5%2FZZ bRQlrj%2BsF%2FZ%2F%2Fjs9aCfdcqpV%2BLS98rS QLOBUweh6E87Er6tq1GDxmb62mqNlFxe6IZPXXc NhsgAWeLR9b7H%2BxLWwLspHItkXRubRFH%2Fl xQ1nrVWiXfVejw%2FcUKb6tALbCW0PUxaiH4MNi IMSUchG9GsIMAFGIZwAUHzzVU8TrjpLMosv0EA %3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 45 | kli_ynon | https://www.ebay.com/str/yn onsstore | https://www.ebay.com/itm/325502576165?hash=item 4bc9772625:g:rT4AAOSwHX1jxqJD&amdata=enc%3 AAAQAIAAAA8IM0NkBbHFI6%2FwqmyO0V97%2Bwi BfsFgHHp6dLybEbaWkGbZ9%2B79hUhKPbyAzXsF Eg9PT95ow%2FGEWn7B3y9kcLZU%2Fk5c53RQzkr MzBvCwvK80Db%2F1%2F1AET5VwRNhi3Ke1VHw JTFo6%2Bdf4EvdMNxFak%2B8bWvQ8OPGE5AKA IQQT5dl2elZnPIj0JGJZ2n1CXXzrlaOburDnlWcHjJl %2FVY6mQ0w9NS1y7CduwwsZMvzO2pJjgly3CX%2 FuVDvogby5ZiU0f8C%2FL6PGzHY7huvB36ZA%2F M5%2FwWepsD%2Fm%2BAEZ2FhRYPN1Gaa5ko1 Do%2BeLgT7tHNe2WeFw%3D%3D%7Ctkp%3ABk9 SR6iukK6WYg |
| 46 | krai-doro | https://www.ebay.com/str/kra idoro | https://www.ebay.com/itm/364111525388?hash=item 54c6bcf60c:g:zSoAAOSwJeFjw6QV&amdata=enc%3A AQAIAAAA0MDzf%2BL%2Fd9eJmHM1Z3ROx7O4 6VBSH989yjmx9TNweMNleiK%2FPpeg2gzbkDPY1M D%2FzGOHE6lxX2bqWwvwA05BMfUiac1YGwgRyv 4NSKqSjKp7usEx%2FMMgcpnnLIolM0vzOVluV5hZ m30qgxBPa%2BeKF25%2Bl1jUrfkSZQjVtSdplFtqYdj 3J8j9yuz5VIN8jrHIc%2Bem2KpYQrp1CwteEgpjfNhl weGsq5lI9yt%2B43wn5Lbk7oIk5ArQ71fXSVqjckLbw WpmBwQ2Pzyxw17mzg%2BpEG8%3D%7Ctkp%3A Bk9SR_TLlcKNYg |
| 47 | lindalindaxi | https://www.ebay.com/str/lxe commerce | https://www.ebay.com/itm/155485677673?hash=item 2433ab2869:g:~SQAAOSw0PdkKlZ1&amdata=enc%3 AAAQAIAAAA8JoWdad7Uvc3uQz5kWonalM2fd9mR1 5HgIdLFanxrXaT4Cjc0wIWfLp1Wpm6hSXmmuMNN 9j%2FfB1iugj%2Fq30akHqVdpJTdRzxUrf2R%2BXT6 56JHLg%2BS%2FWkRsPJlR9XSo%2BOEhF5F7P%2 FqiPR4PFBKPXqirSk48hRB5DUrXGm%2FXTves9ga CiDArQp2h5zgj2ptmvnxPKmKJGWANauriZyBXIthv DQ9We0zEUsQ3hNVQuRzTvtD0ok%2BQBOeGuC Fsqngd79yG5cnCa%2FAJUIVdqV3gTRk34FvVQD5K DL9MJK3N35%2B4romFgdEnTT%2Fgjburw1ZzAxv g%3D%3D%7Ctkp%3ABk9SR_jLlcKNYg |

| 48 | livingwellinnovations | https://www.ebay.com/str/lwi | https://www.ebay.com/itm/185879198776?hash=item2b47437c38:g:23cAAOSwZDhkUMvg&amdata=enc%3AAQAIAAAA8OzcX6Cs96aTBO140bZSeFDfDiEPfRBPKnVnMOHV7q4L1Oxhw5FhDonhwC73MgZAT62%2FNNpbvAms8nDaM%2Bxv5%2BUyrTrLRemzurhicq%2Bfkz2mL7mj0A21O4c4DQNs9tP%2BfIiSaEqEcwCkfOy9I1REuzceGpjC9oKdB1RjULMfF5V98qelLkDXoDAkyYPt4QAhQ0hWvuNtbVRoc3W6jZz7X2X3pcataF%2BULQTKLYKyfXqkWLoLx9LPXIm5oL%2FPJK4q6kSrJ2H17zrTdu0pt%2FONqhxdPLm94Ch3xHKALsOslZLirQsS77dmEmZdwcZiSFBnTQ%3D%3D%7Ctkp%3ABk9SR_zLlcKNYg |
| 49 | marties_4dbrci4iy | https://www.ebay.com/str/marties4dbrci4iy | https://www.ebay.com/itm/404222097709?hash=item5e1d83b92d:g:QIUAAOSwF0ZkJEPX&amdata=enc%3AAQAIAAAA8KicbmpyHYJ25bBjdZZhep703bME%2F9M78d%2Bpcug9GsGSsrQSjXr29P3WGHC%2FKnWCNsSfon9x8rP%2FoI0w8h6z7wLBq3kvi%2FLQjJu7OBdOPVagx3neXvajddsnaMKsM3SqpysqetUmnW%2BwgHz5DOlqjV2X1uNbh08NU5MXSgm%2Bn2r5KVwOedzFmftCCI53ovAS3mqsRtjiloJyRmyNaY7S2D9gdZtIP1IrO4PYeOIbODKNV8SigOgeF3b6WldDzHcBIAzwWZQf%2FdAMUARlSh0pRauNTArIoI5Eex7xz9yKSjfjBeicSRNHKwbGzQS48Tz0Dg%3D%3D%7Ctkp%3ABFBM-MuVwo1i |
| 50 | mokhis0 | https://www.ebay.com/str/mokhis0 | https://www.ebay.com/itm/354578934188?hash=item528e8d29ac:g:mVIAAOSwz0lj59du&amdata=enc%3AAQAIAAAA0FfRN0dDpWvosMGdktysp6PxxNTWbbXxpDDsUXJ%2FBACnKgDulJPY4Gcz7F8IbAfUU2fhN7iWShxkyvz92qD%2F20ty9KFRW3E71j6neDlYdWqdAYaoqXwwdBk%2FWKkhMPA%2FxIyn7wkmx%2FuFIn7tjLMXIxjT7AEj%2BcLWv31Ce3qFoV305P2LYsgOrh91qjn9YSjy1nllTewk0r1TQkVgMyv%2BpbdROs%2B4TSz%2BrWh9QshA%2BvKH1xh2dim6xt8t0onaMOQZDIfcoyTGzB6OrGGjaXWow9s%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 51 | netanel_35 | https://www.ebay.com/str/netanel35 | https://www.ebay.com/itm/334754912197?hash=item4df0f297c5:g:~fIAAOSwdvZj8gde&amdata=enc%3AAAQAIAAAA8LPR7YbG3Xaym9PEsvyAuiG%2F1K2jgcLs7%2FLk2TB2NndL8364X7riGAr4FhVp1MlYVqHJw8KyTXEDES%2BMgXl%2BDhUF9XK3VmOWTnvVkrysITdgsq8PMm%2FSSlB%2F%2FDKc6WI8AhwwC32GY%2Ffx14BMznop9%2F%2FsUAm%2FJfMFBsS1a7qE2fLvMWfVolZIcmFCaCfHbDMHuDgCibMAN5KxnqRlXDrzVsKxrA3fUMl9fLEicX%2Brm3cp72E8SkXuq43zTTvVjDRZG1KT%2F5pTgHXPr3HbeWBPATGEuZptnIbNxN9YtqDkTRk5ZBGQBZS7041eEUPu6Z1OIQ%3D%3D%7Ctkp%3ABFBMrK6QrpZi |
| 52 | oneforall_1 | https://www.ebay.com/str/beststore4u21 | https://www.ebay.com/itm/334863878334?hash=item4df77148be:g:StgAAOSwwMVkV-QI&amdata=enc%3AAAQAIAAAA8KiR3Lb4K2VIp1eiKvydaqh32OqeGqnkZnwq57hpdClid2fbLs9rUSMUQKfjKsIjdE70awghB%2FN2gTLF20WpXrO9s4wXCTLHop6UvX%2BvBFWCgvZGWM6GsdeC3XvHI3pJQK5xoNczAr9EI2sw4qwI9SU0lTYQEbre9XZRHyg5%2BrgysoidUajvXjtScLATR%2FiyCoJeMlTvEDMYnYjlOPMOTMPQ5CNNPGz3JuxXr8rZBH7PNfZH2jrdapzf2d6ONl9Qs6CniQa2vxpe1XeVTKWgCqB13ovpxNq |

| # | Seller | Store URL | Item URL |
|---|---|---|---|
| | | | aEyUZaCVsGRNZSuv3fDZ5E7gIPTTaCIk%2F1A%3D%3D%7Ctkp%3ABFBM9suVwo1i |
| 53 | orotem1 | https://www.ebay.com/str/bestshop4all1 | https://www.ebay.com/itm/385597834279?hash=item59c76c0427:g:P28AAOSw5SJkV-ry&amdata=enc%3AAQAIAAAA8Knd8SyLgZmfur%2B8atpSowo8IyLKmx5oD8hdFOF7uw4uTEq7iFI9XoI6n42RZNAKyEUlgM8z4Ly%2FWRIxnBcuD2qewU7Pod0vhAVvKYcigdNt2GZ9ZQe7aMqPi1BzUkWd2PAkybY5XqkJrXxco%E2%80%A6 |
| 54 | ■■■■■■■■ | ■■■■■■■■ | ■■■■■■■■ |
| 55 | parcel_direct | https://www.ebay.com/str/hydroliquidations | https://www.ebay.com/itm/266285973793?hash=item3dffe18121:g:wh8AAOSwog1kfVGt&amdata=enc%3AAQAIAAAA8LN87oXslmX9cc%2BUy1Dc9VjjMK%2FXMGFZl9QziCDml7ECnyDpQPtgCZFK9u2u0Thyd1zB%2BcqEcCpMUM84571BRS4JXhPgugtvwXXUYQerMw2Zy15Le8JmLofRLLR4oJV9jdIpk06kFkUPiR2icHYCn9kAUEFVj2LxJ9uinZL9YACqcb75DmGm%2FxJUiBJ%2B1Ik9xNcfx2ZURbf8CeB2hawYzi3SC11kQvHqnfACJzk4jNg%2FXAgb5YwTOdVxmdzH1R%2BslAdIASVUlXfQh2lHqM8iph8%2FeLJh9nocvVcpqa2i4tGQCkz3TDaIbIlyBg5DnkiH4A%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 56 | rasan517145 | https://www.ebay.com/str/rasan517145 | https://www.ebay.com/itm/285312944872?hash=item426dfa0ae8:g:0M0AAOSwiZ1keg5o&amdata=enc%3AAQAIAAAA8Kxa4tBB8gg8rUetzZH%2FAdDGiR8lkZKuAfhKWf1YwxJkuiV%2BibWvMIhLQd2RcFUtDOhGy5Q6LUp%2BwXAf2R4h1EpBIrPr1n6kT0QwdseerRlDX2rwwgsj11IAhfSgMebtFWNOd%2BbbNiuFJl5i%2FwGCw3EZ01FIAWVBannYewo7ubwiyuEQNRkn0FwYdtm793Q%2FCF56S18SQwzwKCn2uhB38Ys3Zh2LwxI7UwRdmRZkNsf9tz%2FrHh33xwiF5EcqhHsVzrNS6gKu7SkN8fvaSolZWqmgwd6cjfciAbbreciuYMNymnGmZ5cY3Ksv7xJYTh1zLg%3D%3D%7Ctkp%3ABFBMrK6QrpZi |
| 57 | salesystemswarriors | https://www.ebay.com/usr/salesystemswarriors?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/165784426277?hash=item2699859725:g:8CwAAOSw4f1jdtvw&amdata=enc%3AAQAIAAAA8KGsgAMPnoqsdHbjxA7lFq8zLEKzhp%2BTGaM5qB4t7ovIha6SHVWZ%2Baz9FlLSXzYK1UaBTGSn5YTdilRcd8wXEc%2BNd6FMPI0M%2Frz4dGXzFVqDMB1GTHaMuObhSBS9tZQKZpU8q4kFRl5C88FYVotacP2pGiUjZSSpIjn75IqzlqDw%2F%2FdgiRB4jgYYWIV5xkl7rP%2BSSqQz3cvPaDCXYddEY1 |

| | | | QDly3kyIZLfrkLa6x9gY4ogxc7%2FgR0vvCYsP6jHk9Ads%2BQb9MW7KC66%2BUe0Jyw4bmMtRakiI0OgZjI29T2PwHPFFiuWLouxwA7Jw6A%2B4kKbwA%3D%3D%7Ctkp%3ABk9SR_rLlcKNYg |
|---|---|---|---|
| 58 | sammysum09 | https://www.ebay.com/str/adlersstore | https://www.ebay.com/itm/404306559954?hash=item5e228c83d2:g:Cn4AAOSwfL1kcHfS&amdata=enc%3AAQAIAAAA8IMmcc5dBk4enIjGz4tTBhdnkzAL17KMGkwYQmMt4xB0dnAoWv1JCrymiPM3oF7GHPGxXbciMbJboOOpBiQQRQAWO%2BslvZfO2oFyJnI%2BWcQjN0aC25TyiOfg%2BE9XsYarA2IYWhCtLII7Z9IVkGAq%2FlGLUwHoTz9%2Fbk73mVC%2FfsoOsZBA1ICvZfp7k9DfsvO0NH00yw4PyDCmggh9lgup3c5njWG1NatgNGa1yKTi4%2BO6T7vP4zXKLbBD7ZHGcmyZldRsVRhsMRtuvEloCT5umO3ZNsoGkhSymPkkLedMJEuo31Cncwg%2Bzdp5cGClbp4U8Q%3D%3D%7Ctkp%3ABFBM9suVwo1i |
| 59 | selena-deals | https://www.ebay.com/str/seleinashop | https://www.ebay.com/itm/155478739229?hash=item243341491d:g:2UgAAOSwwNVkJT6s&amdata=enc%3AAQAIAAAA8BbfhFDL0M3cfNt59060CSMJ0cttH1pkyYZCUCW0wIuZkrL9BYb6DFNV7TUVoh3AK3w5GzISAU87yz4lwcnzWsXDqVH%2Bi%2BntigwiyOHk4IO3lIDCSiWWlTrZHq%2BsjFXBgsjoGhMDrGW0vQBUZWyJIiY847GRccCKIs4%2Fe92qsLxlyx9h67OvQlaoHhXzgNe87wEKCVia1ozzuqVqdiJLSBlySMM%2BtesFbxV%2BZNhxXZjIBgcXegOBp4dNAqOdEceP6LLNmPe1lDPy41KIgZxGGMwA3dyH83MnbPj0fN1UElHDSYce9epO0VxbzGOj7q17SA%3D%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 60 | sell_tek | https://www.ebay.com/str/reveallll | https://www.ebay.com/itm/225571491921?hash=item34851bd051:g:gWIAAOSw9Y1kW0Vr&amdata=enc%3AAQAIAAAA0B5yMhPbD6WspM24q5A38n4sXZjXtRVigeD8yBo8XQleoR%2BJRBT%2BJilc1K5PytrI5Xul52r8JCQpuTCFs31TY1hVF3p5QYFdR2pp4IcQsLBXtLNmDHfD8eVbE8uPZhWlTayH0v2p4wqkg4PycLRWQrPJfT0vyvUTDIZ3OyLQtFGCNCORkpnZ2h0DUGesKok%2Fw8uOLpStsLQiYEyQ3BkVP8G1872TrcIg%2F5rOb%2BGr78PV%2BpFvKVN5O4TSzsozdWu2ly9l33xn24HKtl2oLvA6aEk%3D%7Ctkp%3ABk9SR_zLlcKNYg |

| 62 | stacey_14214 | https://www.ebay.com/usr/stacey_14214?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/304776034388?hash=item46f6113854:g:28MAAOSwfVZjyak4&amdata=enc%3AAQAIAAAA0HuSS4GitsaOp6fjDSxMIEN1GxgdFQrH9aiGzkvLMysiGFRAzX4LuL9ie%2B2IxB29PVZWwcj1yjzxWl8NUTE%2B6PTnxDkGqDM2URqqMILoMfLKCBX07QnSxsEwbWGvudIUg2ohBvcH4l6yEuMHmuTeSLVR3lHEp9bGqm%2Fhru0o%2B8s8lac16AB9bdD67xq%2FK7J8M%2BMJRzJeAExt6Qcm%2FTspP%2FBwssFrYpCYXt8ch6gQlUk9T1Bi1E2wSU2WIqFprvL7QhSdVXEpq0zSNfpaz3Bsvpo%3D%7Ctkp%3ABk9SR_bLlcKNYg |
| 63 | swordsevenllc | https://www.ebay.com/str/swordsevenllc | https://www.ebay.com/itm/166156067650?hash=item26afac6342:g:EeMAAOSwkydkgK8F&amdata=enc%3AAQAIAAAA8KuUL%2BM%2B4Fd87z4bydLDqPUv%2FyLGACXGXoD8Zg5Rhw1DPVADlNL4syfq%2BdswuJNWP61DNE6lp9%2FhW%2FUYcxKD1h6Jnm9O5Sbkmxsfl5iFrXcAyy7%2Ft19a4%2FCK2LQWL2AGBDhhpopBNXFmH6hBFdD%2BubA%2FVDF4%2BhsGRYSQmoFAJOlXTP0inOnrfN2Lq9wqEbXSdyZnreJfbO%2BH6ZBUbLeEYYS%2F0ccEwgEZfH3ekEKslPm4lvGkaK78Kp0zrdnq5bq4JWGds1u8QvgBoHkfvv09M64%2F0W3TB2nyjjx7g0Qej9FKCoM9x3Pd2YHbffyy%2FYvkGg%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |
| 66 | trevofaus-0 | https://www.ebay.com/usr/trevofaus-0?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/304983648517?hash=item4702712905:g:PcwAAOSwR5Fki4gZ&amdata=enc%3AAQAIAAAA0G72Zj5kLSYhRfXmAjmBcpB4SEQfD17eTEMKP1sWjBBu7D5M7JevQk4dwKaUMGt6v4Hi2V6gTfToas7FCS0qk3%2FQ4C%2BLfIgNs4SEzOCKD2k2Tei4XceqtW566kxOuOydKvDaewBWOCTZbit%2FriyoiylzR%2F%2FrNhoJmy0WFrHtE0Plw%2BVBr1KaC64xwg3Wj705C68Mz8NWG7JdtApfeUJSlE0y8SkHKd0ZFh%2F7s8595m6V6NXbvsmGRQCqXFY5dz |

| | | | ez9lSCzdBi2Xm7oJKEXJh0Q4c%3D%7Ctkp%3ABk9SR-7ByJ-YYg |
|---|---|---|---|
| 67 | tsamizr0 | https://www.ebay.com/str/tsamizr0 | https://www.ebay.com/itm/394677097152?hash=item5be49692c0:g:fpQAAOSwobJkiCqr&amdata=enc%3AAQAIAAAA0Ko%2FCTcYBfk6F%2BZHh2F4ArjwqjNLRfAegWJR2k%2Bsqc0LDMaZSS4mm4zo8fNF12WKWMDPdlIZyIEFYVQWU8b7aTmx5CNqOQP%2BnKmJFd7sZlFTEEI%2FrKZ0Bn6s22MaktDbxGAUFwuRYk1ZpRftDPfaonLFqFmYHKs2wd9NE2uUoRilhsAQHfn%2F0PjJoWb0qy%2BcjcWlgjFG9lq6BV0A4Qe9yXC%2BTT9zV67gyGxlkp5k8RG6JgwfCgt8gneBdZuDHdjiJ%2FTJeHzbLl4nSoNg4ymRd4M%3D%7Ctkp%3ABk9SR-rypMGWYg |
| 68 | vendesi | https://www.ebay.com/str/vendesiglobal | https://www.ebay.com/itm/354610852215?hash=item5290743177:g:HVcAAOSwPoVj-kcm&amdata=enc%3AAQAIAAAA8EOvcMI6UDc57ONlpsCOWHLpFB91sqNFKhJwVqMC4CHKWd8cYynY90hYfvuFhtDMRxEx0jNe%2BhpNKbsE8HIptrM0H%2FWCHnzt6oe113jR6LwWw8YQP9HUsIHXDFJejguEJ5QXFud8NR%2BWysK1SW8IhU7s0mrFuyraOIwo%2FBqkTqw%2B%2FexTsEHRai7go%2B5Ai8HjK63W6VLb3CCgyQ7kJPXt%2B8JN0TgV29hxQNdHO2LaiY%2BT2atJsIrpoUKCoVMgZfWB9AZXGiTstxWHanzr7NsCdCmYtBDxoBGf5zfBMPZXIjp1ld2WSI8P4Xph75oB8%2FqWIg%3D%3D%7Ctkp%3ABk9SR6qukK6WYg |

wl