**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XiaoQian Zhao, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-04507 |
| v. | ) |
| | ) Dist. Judge Matthew F. Kennelly |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule A, | ) |
| Defendants | ) |

## Agreed Asset Restraint Order

On August 17, 2023, this Court entered a Preliminary Injunction Order [Dkt. 27] as to all defendants, including certain defendant identified in Exhibit A attached hereto ("Defendants"). The Preliminary Injunction order included, *inter alia*, provisions to restrain funds in Defendants' linked financial accounts.

Later on August 17, 2023, Defendants moved to dissolve the Preliminary Injunction order [Dkt. 28].

**IT IS HEREBY ORDERED** that Defendants' motion [Dkt. 28], construed as a motion to modify, is granted in part; and

**IT IS HEREBY ORDERED** that the Preliminary Injunction Order previously entered in this case [Dkt. 27] be modified as follows, subject to further order of the Court:

1. Amazon.com ("Amazon") shall continue to maintain a restraint of funds in the Amazon seller accounts of Defendants, as identified in Exhibit A attached hereto, until final disposition of this case, or until further order of the Court.

2. Upon service of a copy of this Order, Amazon shall immediately lift any restraints on the Amazon seller accounts and restore the corresponding ASIN connecting to each Defendant, except for the restraint of funds mentioned in paragraph 1 above.

3. Upon service of a copy of this Order, Amazon shall immediately release to Defendants all funds in their respective Amazon seller account, except for the restraints mentioned in Paragraph 1 above.

4. The remaining conditions of the Preliminary Injunction Order [Dkt. 27] shall remain with respect to Defendants.

5. Plaintiff's counsel, Adam E. Urbanczyk, shall provide a copy of this Order to Amazon and, within one (1) day of entry of this Order, shall provide counsel with proof thereof.

6. The conditions of the Preliminary Injunction order [Dkt. 27] are extended with respect to any other defendants left in the case.

Respectfully submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17 Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Plaintiff*

/s/Jiyuan Zhang
Jiyuan Zhang, Esq.
37-12 Prince Street, Ste 9C
Flushing, New York 11354
T: 1(718) 701 - 5098
Z@jzhanglaws.com
*Counsel for Defendanrts*

Date: October 12, 2023

_____
MATTHEW F. KENNELLY
United States District Judge

**Exhibit A**

| Defendant | Amazon Seller ID | ASIN | Adjusted Asset Restraint Amount |
|---|---|---|---|
| BARBIQUIU | ANQOHX8CYE2Q | B0B58LXZGK B0BF4KF5KY | $15,731.58 |
| CCelegant (a.k.a elegant) | ADIQDW4SDRB07 | B0BGXZ4YMM B0BFFGTK9H | $525.05 |
| EasyFunny | A2TIWAE2R6MJAF | B0B7H6SR25 B0BF8WZXH3 | $16,992.39 |
| NewO2 | A2C9IXPW83JXO | B0B586JB7M B0BC5ZM2P1 | $29,994.45 |
| SW-WORLDER | A1UJ9F3IEL2UL0 | B09SCKL79L B09VXMLBCP | $3,435.34 |
| shanglan | A2L2YQ7T19R53P | B0BXKWRFLY B0BXKXYR93 B0BXKVNPVJ | $7,568.44 |